OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

NOTICE REGARDING PERSONAL INFORMATION

DATE: 06/26/2007

TO: Sinina Talley

CA# 07cv410

CASE CAPTION: Talley v. Comcast Corporation Inc. et al

DOCUMENT TITLE: Complaint (Exhibits to complaint contain Credit Report)

D.I.# 1

    On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. The document identified above appears to contain the kind of personal information you may want to protect from public access on the internet. If you would like this personal information to be treated as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

cc: Assigned Judge  _____
                                                          Deputy Clerk

                                                          <u>Larisha Davis</u>