IN THE UNITED STATE DISTRICT COURT
FOR THE STATE OF DELAWARE

Sinina Talley, pro se
        Plaintiff,      )    Case Action # 07-410 UNA
                               )    Motion to Seal
    v.                            )
                               )
Comcast Corporation Inc.,      )
Eastern Account System Inc.,    )
and Experian Information Solutions, Inc.  )
       Defendants.

**Motion to Seal**

       Plaintiff, Sinina Talley, pro se is filing a motion to seal application in this case. In accordance to the Administration Procedures Governing Filing and Service by Electronic Means, which recognizes that certain kinds of personal information should not be included on pubic filings except in limited fashion. Plaintiff requests pursuant to privacy concerns, that exhibits F through I be sealed, they are copies of my credit report, (*) private and confidential. Public viewing would jeopardize my right to privacy.

_____
Sinina Talley
Plaintiff

Dated: July 2, 2007


**ORDER**

             SO ORDERED this _____ day of _____
BY THE COURT:


_____
Judge


\* Exhibits F through I of my complaint.