IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SININA TALLEY, pro se, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-410 (***) |
| ) | |
| COMCAST CORPORATION, INC., ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., and EASTERN ACCOUNT SYSTEM ) | |
| OF CONNECTICUT INC., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Thomas C. Grimm, Esquire, and James W. Parrett, Jr., Esquire, of Morris, Nichols, Arsht & Tunnell LLP to represent defendant Comcast Corporation, Inc. in the above-referenced matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

_____
Thomas C. Grimm (#1098)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
jparrett@mnat.com
*Attorneys for Defendant Comcast Corporation, Inc.*

July 11, 2007
952154

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 11, 2007 upon the following individuals in the manner indicated:

**BY FIRST CLASS MAIL**

Ms. Sinina Talley
809 Arthur Springs Lane
New Castle, DE  19720

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

952154