IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SININA TALLEY, pro se, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-410 (***) |
| ) | |
| COMCAST CORPORATION, INC., ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., and EASTERN ACCOUNT SYSTEM ) | |
| OF CONNECTICUT INC., ) | |
| ) | |
| Defendants. ) | |

## UNNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Comcast Corporation, Inc. ("Comcast") hereby moves for a thirty day extension of the time in which it may answer, move or otherwise plead in response to the Complaint. Comcast needs this additional time in order to prepare its defenses to the allegations raised in the Complaint. Counsel for Comcast has communicated with the Plaintiff Sinina Talley, who is representing herself *pro se*, on July 11 and July 12, 2007, and she said that "I do not consent but will not oppose the extension."

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

Thomas C. Grimm (#1098)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
jparrett@mnat.com
*Attorneys for Defendant Comcast Corporation, Inc.*

July 12, 2007
951992

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SININA TALLEY, pro se, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-410 (***) |
| ) | |
| COMCAST CORPORATION, INC., ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., and EASTERN ACCOUNT SYSTEM ) | |
| OF CONNECTICUT INC., ) | |
| ) | |
| Defendants. ) | |

## PROPOSED ORDER

The Court, having considered Defendant Comcast Corporation, Inc.'s Unopposed Motion for Extension of Time, and good cause having been shown,

IT IS HEREBY ORDERED this \_\_\_\_\_ day of _____, 2007, that Comcast's motion for a thirty day extension is GRANTED. Comcast shall have until and including August 15, 2007 to answer, move or otherwise plead in response to the Complaint.

_____
UNITED STATES MAGISTRATE JUDGE

951992

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 12, 2007 upon the following individuals in the manner indicated:

**BY FIRST CLASS MAIL**

Ms. Sinina Talley
809 Arthur Springs Lane
New Castle, DE 19720

/s/ James W. Parrett, Jr.
James W. Parrett, Jr. (#4292)
jparrett@mnat.com

951992