Sinina Talley<br>
809 Arthur Springs Lane<br>
New Castle, Delaware, USA 19720-8773<br>
516-643-3177

07-410

July 11, 2007

**BY FAX & US MAIL**
James W. Parrett, Esq.
1201 North Market Street
Wilmington, De 19801
Fax: 302-658-3989

Re: Talley v. Comcast Corporation, Inc *et al.*

Dear Mr. Parrett:

    Upon reconsideration of our conversation, I withdraw any and all implied consent agreeing to an extension to plea pursuant to Rule 6 of the Federal Rules of Civil Procedure. If the court wishes to grant the defendant(s) motion *sua sponte*, that is the court's prerogative but I do not believe requests for extensions can be made *ex parte*, and will oppose.

Sincerely,

*[signature]*
Sinina Talley

FILED
JUL 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

cc: United States District Court of Delaware
    Court Clerk Peter T. Dalleo



Talley
809 Arthur Springs Ln
New Castle, De 19720

GARDEN CITY NY 115
11 JUL 2007 PM 2 L
USA 41

Court Clerk Peter T. Dalleo
United States District Court of Delaware
844 N. King St.
Lockbox 18
Wilmington, De 19801

19801+3515