Sinina Talley
809 Arthur Springs Lane
New Castle, De 19720

July 11, 2007

**BY FAX & US MAIL**
James W. Parrett, Esq.
1201 N. Market Street
Wilmington, De 19801
Fax: 302-658-3989



Re: Talley v. Comcast Corporation, Inc. *et al.*
Docket no: 07-410

Dear Mr. Parrett:

    I have received this date your second request for a thirty-day extension to interpose an answer to my complaint. I understand that the court will typically grant this request. With this in mind I do not consent but will not oppose the extension. However, I must emphasize that the damage to my credit due to the obstinate refusal to verify timely payment is a grievous matter.

    Your failure to alleviate this matter promptly will clearly affect my application for a student loan on behalf of my daughter who intends to enter college this coming semester. Certainly the inquiry into my credit standing (as it presently exists) will deny the loan application or effect an exaggerated, unaffordable APR. Need I explain that this denial will at best deny my daughter one full semester of education? I have no other means to pay this tuition than through the loan request.

    I am the managing member of Shipman Holdings LLC, a variety store in Delaware. My business will be ruined when my creditors (suppliers) determine that my credit is suspect. A thriving business will be terminated due to faulty information caused by the tortuous activity of the defendants here in.

    The impact this situation has had on my search for employment is extremely upsetting.

    Finally, my health is failing due to stress directly associated with the onset of this defamation of character caused by Comcast Corporation, Inc., Eastern Account System of Connecticut, Inc. and Experian Information Solutions, Inc. I am under a physician's care. I have visited the physician 4 times since April 2007, and I am scheduled for subsequent visits.

    Please take this matter as seriously as I do.

Sincerely,

Sinina Talley

cc: United States District Court of Delaware
    Court Clerk Peter T. Dalleo

