IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SININA TALLEY, pro se,<br><br>        Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, INC., EXPERIAN INFORMATION SOLUTIONS, INC. and EASTERN ACCOUNT SYSTEM OF CONNECTICUT, INC.,<br><br>        Defendants. | C.A. No. 07-410-*** |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that attorneys Chad M. Shandler and Jameson A.L. Tweedie of Richards, Layton and Finger, P.A., enter their appearance as counsel on behalf of Defendant Experian Information Solutions, Inc. in the above-captioned matter.

|  |  |
|---|---|
|  | /s/ Chad M. Shandler<br>Chad M. Shandler (#3796)<br>shandler@rlf.com |
| OF COUNSEL:<br><br>Allison R. Rosen<br>Jones Day<br>222 East 41st Street<br>New York, New York  10017<br>(212) 326-3939<br><br>Dated: July 23, 2007 | Jameson Tweedie (#4927)<br>tweedie@rlf.com<br>Richards Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>*Attorneys for Defendant Experian Information Solutions, Inc.* |

RLF1-3181284-1

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following who will also be served as noted:

### BY HAND DELIVERY

Thomas C. Grimm
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801

C. Scott Reese
Eric M. Andersen
Cooch and Taylor, P.A.
824 N. Market Street, Suite 1680
Wilmington, DE 19899-1680

I further certify that on July 23, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

### BY CERTIFIED MAIL

Sinina Talley
809 Arthur Springs Lane
New Castle, DE 19720

Jameson A.L. Tweedie
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

RLF1-3181237-1