IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SININA TALLEY, pro se,<br><br>        Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, INC.,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC. and EASTERN ACCOUNT SYSTEM OF<br>CONNECTICUT, INC.,<br><br>        Defendants. | C.A. No. 07- 410-*** |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian") hereby certifies pursuant to Federal Rule of Civil Procedure 7.1(a) that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

    1.    Parent Companies: The parent company of Experian is Experian Group Limited. Experian Group Limited owns 100 percent of Experian. Experian Group Limited is publicly held and traded on the London Stock Exchange.

    2.    Subsidiaries Not Wholly Owned: The following companies are subsidiaries of Experian that are not wholly owned:

        (a)    First American Real Estate Solutions, LLC
        (b)    First American Real Estate Solutions II, LLC
        (c)    Vehicle Title, LLC
        (d)    Central Source LLC
        (e)    Online Data Exchange LLC

    (f)    New Management Services LLC
    (g)    VantageScore Solutions LLC

3.    Publicly Held Companies: The parent company of Experian, Experian Group Limited, is publicly held and traded on the London Stock Exchange.

                                        /s/ Chad M. Shandler
                                        Chad M. Shandler (#3796)
                                        shandler@rlf.com
                                        Jameson A.L. Tweedie (#4927)
                                        tweedie@rlf.com

OF COUNSEL:                     Richards, Layton & Finger
                                        One Rodney Square
Allison R. Rosen                 920 North King Street
Jones Day                           Wilmington, Delaware 19801
222 East 41st Street             (302) 651-7711
New York, New York 10017
(212) 326-3939                    *Attorneys for Defendant*
                                        *Experian Information Solutions, Inc.*

Dated: July 23, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following who will also be served as noted:

### BY HAND DELIVERY

Thomas C. Grimm
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801

C. Scott Reese
Eric M. Andersen
Cooch and Taylor, P.A.
824 N. Market Street, Suite 1680
Wilmington, DE 19899-1680

I further certify that on July 23, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

### BY CERTIFIED MAIL

Sinina Talley
809 Arthur Springs Lane
New Castle, DE 19720

_____
Jameson A.L. Tweedie
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

RLF1-3181237-1