IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SININA TALLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-410 (***) |
| | ) | |
| COMCAST CORPORATION, INC., | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC., and EASTERN ACCOUNT SYSTEM | ) | |
| OF CONNECTICUT INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

TO:   Clerk of the Court
        United States District Court
        844 North King St., Rm 4209
        Lock Box 18
        Wilmington, DE 19801

   **PLEASE ENTER MY APPEARANCE** on behalf of the Plaintiff.


                                                                 /s/ Douglas A. Shachtman
                                                            DOUGLAS A. SHACHTMAN, I.D. No. 756
                                                            Douglas A. Shachtman & Associates
                                                            1200 Pennsylvania Avenue, Suite 302
                                                            Wilmington, DE 19806
                                                            Douglas.Shachtman@verizon.net
                                                            (302) 655-1800
                                                            Attorney for Plaintiff

DATED:  August 23, 2007

entryappear.wpd