IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SININA TALLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-410 (***) |
| | ) |
| COMCAST CORPORATION, INC., | ) |
| EXPERIAN INFORMATION SOLUTIONS, | ) |
| INC., and EASTERN ACCOUNT SYSTEM | ) |
| OF CONNECTICUT INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO EXTEND TIME FOR
RESPONSE TO MOTION TO DISMISS**

**WHEREAS** Comcast Corporation, Inc. filed a Motion to Dismiss on August 14, 2007, and

**WHEREAS** Douglas A. Shachtman, Esquire has just been retained by Plaintiff,

**IT IS STIPULATED** by Plaintiff and Defendant Comcast Corporation, Inc., subject to the approval of the Court, that the time for Plaintiff to respond to Defendant's Motion to Dismiss shall be extended to September 13, 2007.


| | |
|---|---|
| /s/ James W. Parrett, Jr. | /s/ Douglas A. Shachtman |
| THOMAS C. GRIMM, I.D. #1098 | DOUGLAS A. SHACHTMAN, I.D. #756 |
| JAMES W. PARRETT, JR., I.D. #4292 | Douglas A. Shachtman & Associates |
| Morris, Nichols, Arsht & Tunnell LLP | 1200 Pennsylvania Avenue, Suite 302 |
| 1201 N. Market Street | Wilmington, DE 19806 |
| P.O. Box 1347 | (302) 655-1800 |
| Wilmington, DE 19899-1347 | Douglas.Shachtman@verizon.net |
| (302) 658-9200 | Attorney for Plaintiff |
| tgrimm@mnat.com | |
| jparrett@mnat.com | |
| Attorneys for Defendant Comcast Corporation, Inc. | |
| | |
| DATED: August 24, 2007 | DATED: August 23, 2007 |

**IT IS SO ORDERED** this _____ day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE