**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHINA TALLEY | : | |
| | : | |
| Plaintiff, | : | CASE NO. 1:07-cv-00410 |
| | : | |
| v. | : | |
| | : | |
| COMCAST CORPORATION, INC., et al., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT EASTERN ACCOUNT SYSTEM
OF CONNECTICUT, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Now comes Defendant Eastern Account System of Connecticut, Inc., by counsel, and hereby moves this Court for a judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c). A Memorandum in support is attached hereto.

DATED: August 24, 2007                COOCH AND TAYLOR, P.A.

*s/C. Scott Reese*
C. Scott Reese (#2036)
Cooch & Taylor
824 Market St. Mall #1000
P.O. Box 1680
Wilmington, DE 19899
(302) 652-3641
Email: csreese@ctlaw.org
*Attorneys for Defendant Eastern Account System of Connecticut, Inc.*