# DOUGLAS A. SHACHTMAN
# & ASSOCIATES

**ATTORNEYS AT LAW**

SUITE 302
1200 PENNSYLVANIA AVENUE
WILMINGTON, DELAWARE 19806
(302) 655-1800
TELECOPIER (302) 655-5244

email Douglas.Shachtman@Verizon.net
www.lawyers.com/shachtman

September 7, 2007

Magistrate Judge Mary Pat Thynge
U.S. District Court of Delaware
844 North King Street, Room 4209
Lock Box 8
Wilmington, DE 19801

                    RE:    Talley v. Comcast Corporation, et al.
                              C.A. No. 07-410 (***)

Dear Judge Thynge:

      With regard to the September 12, 2007 scheduling call, and the scheduling order to be submitted before that, the parties believe that a recent development may make them premature. (Eastern's counsel is out-of-town and has not taken a position.)

      Since Plaintiff filed her Complaint pro se, she has retained the undersigned. I have circulated an Amended Complaint to Defendants' counsel for their review, with a proposed Stipulation granting Plaintiff leave to file the Amended Complaint, subject of course to Your Honor's approval. If Defendants will not so stipulate, then Plaintiff will file a motion for leave to amend.

      Defendants have to consider what position they will take on the Amended Complaint and whether or not the case dispositive motions of Defendants Comcast and Eastern are rendered moot in their present form.

      Therefore, the parties jointly request that the Court defer the scheduling conference until the status of the pleadings is determined and completed.

                                             Respectfully yours,

                                             /s/ Douglas A. Shachtman

                                           DOUGLAS A. SHACHTMAN

DAS/sas
cc:    Thomas C. Grimm, Esq.
        C. Scott Reese, Esq.
        James W. Parrett, Jr., Esq
        Jameson A.L. Tweedie, Esq.
        Chad Michael Shandler, Esq.

Thynge0907.wpd