IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SININA TALLEY,<br><br>        Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, INC.,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., and EASTERN ACCOUNT SYSTEM<br>OF CONNECTICUT, INC.,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>: C. A. No. 07-410-***<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **10th** day of **September, 2007**.

IT IS ORDERED that the Rule 16 scheduling teleconference scheduled for Wednesday, September 12, 2007 at 10:30 a.m. with Magistrate Judge Thynge is **cancelled**. The submission date for the parties' proposed scheduling order is also **cancelled**. **Plaintiff's counsel is to advise the court when the parties are prepared to reschedule the Rule 16 scheduling conference.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                /s/ Mary Pat Thynge
                                                UNITED STATES MAGISTRATE JUDGE