# DOUGLAS A. SHACHTMAN
# & ASSOCIATES

**ATTORNEYS AT LAW**

email Douglas.Shachtman@Verizon.net
www.lawyers.com/shachtman

SUITE 302
1200 PENNSYLVANIA AVENUE
WILMINGTON, DELAWARE 19806
(302) 655-1800
TELECOPIER (302) 655-5244

September 13, 2007

Magistrate Judge Mary Pat Thynge        By CM/ECF
U.S. District Court of Delaware
844 North King Street, Room 4209
Lock Box 8
Wilmington, DE 19801

        RE:    Talley v. Comcast Corporation, et al.
                  C.A. No. 07-410 (***)

Dear Judge Thynge:

      As an update to my letter of September 7, 2007, Defendant Comcast has agreed to a Stipulation which includes withdrawing without prejudice its Motion to Dismiss. Defendant Eastern has agreed that Plaintiff need not file a response to its Motion for Judgment on the Pleadings until it has had an opportunity to willfully review Plaintiff's Amended Complaint and proposed Stipulation.

      Therefore, Plaintiff requests leave to defer filing responses to these motions until formal positions are taken and the appropriate document(s) is(are) submitted to the Court.

                          Respectfully yours,

                          /s/ Douglas A. Shachtman

                          DOUGLAS A. SHACHTMAN

DAS/sas
cc:    Thomas C. Grimm, Esq.
        C. Scott Reese, Esq.
        James W. Parrett, Jr., Esq
        Jameson A.L. Tweedie, Esq.
        Chad Michael Shandler, Esq.

Thynge0913.wpd