IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SININA TALLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-410 (***) |
| | ) | |
| COMCAST CORPORATION, INC., | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC., and EASTERN ACCOUNT SYSTEM | ) | |
| OF CONNECTICUT INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

Plaintiff and Defendant Comcast Corporation, Inc., through their respective legal counsel hereby stipulate, subject to the approval of the Court, that the time in which Defendant Comcast Corporation, Inc. may answer, move or otherwise respond to Plaintiff's Amended Complaint is hereby extended through and including October 16, 2007. Comcast needs this additional time in order to prepare its defenses to the allegations raised in the Amended Complaint.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr. (#4292)*
_____
Thomas C. Grimm (#1098)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
jparrett@mnat.com

*Attorneys for Defendant*
*Comcast Corporation, Inc.*

DOUGLAS A. SHACHTMAN & ASSOCIATES

*/s/ Douglas A. Shachtman (#756)*
_____
Douglas A. Shachtman (#756)
1200 Pennsylvania Avenue
Suite 302
Wilmington, DE 19806
(302) 655-1800
Douglas.shachtman@verizon.net

*Attorney for Plaintiff*
*Sinina Talley*

- 2 -

October 2, 2007
1251543.1

        SO ORDERED this _____ day of _____, 2007.


        _____
        United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered recipients.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on October 2, 2007 upon the following individuals in the manner indicated:

**VIA E-MAIL**

| | |
|---|---|
| Douglas A. Shachtman<br>DOUGLAS A. SHACHTMAN<br>  & ASSOCIATES<br>1200 Pennsylvania Avenue<br>Suite 302<br>Wilmington, DE  19806 | Chad M. Shandler<br>Jameson A.L. Tweedie<br>RICHARDS LAYTON & FINGER<br>One Rodney Square<br>Wilmington, DE  19801 |
| Allison R. Rosen<br>JONES DAY<br>222 East 41st Street<br>New York, NY  10017-6702 | C. Scott Reese<br>Eric M. Andersen<br>COOCH AND TAYLOR, P.A.<br>824 N. Market Street, Suite 1000<br>Wilmington, DE  19801 |

*/s/ James W. Parrett, Jr. (#4292)*

James W. Parrett, Jr. (#4292)
jparrett@mnat.com