IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SININA TALLEY, pro se,<br><br>    Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, INC.,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC. and EASTERN ACCOUNT SYSTEM OF<br>CONNECTICUT, INC.,<br><br>    Defendants. | C.A. No. 07-410-*** |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications counsel moves the admission *pro hac vice* of Jonathan Eisenberg of Jones Day to represent Defendant Experian Information Solutions, Inc. in this matter.

/s/ Chad M. Shandler
Chad M. Shandler (#3796)
shandler@rlf.com
Jameson Tweedie (#4927)
tweedie@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendant Experian Information Solutions, Inc.*

OF COUNSEL:

Jonathan Eisenberg
Jones Day
222 East 41st Street
New York, New York 10017
(212) 326-3939

Dated: December 20, 2007

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____    _____
                                                                 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court upon the filing of this motion.

Jonathan Eisenberg
Jones Day
222 East 41st Street
New York, New York  10017-6702

DATE: December 20, 2007

RLF1-3236474-1

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following who will also be served as noted:

### BY HAND DELIVERY

Thomas C. Grimm
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801

C. Scott Reese
Eric M. Andersen
Cooch and Taylor, P.A.
824 N. Market Street, Suite 1680
Wilmington, DE 19899-1680

Douglas A. Shachtman
Douglas A. Shachtman & Associates
1200 Penna Ave. #302
Wilmington, DE 19806

Jameson A.L. Tweedie (#4927)
tweedie@rlf.com