# DOUGLAS A. SHACHTMAN
# & ASSOCIATES
**ATTORNEYS AT LAW**

email Douglas.Shachtman@Verizon.net
www.lawyers.com/shachtman

SUITE 302
1200 PENNSYLVANIA AVENUE
WILMINGTON, DELAWARE 19806
(302) 655-1800
TELECOPIER (302) 655-5244

December 26, 2007

Magistrate Judge Mary Pat Thynge
U.S. District Court of Delaware
844 North King Street, Room 4209
Lock Box 8
Wilmington, DE 19801

By CM/ECF

RE:  Talley v. Comcast Corporation, et al.
     C.A. No. 07-410 (***)

Dear Judge Thynge:

   As the pleadings have now been amended, Plaintiff requests that the Rule 26(f) conference be re-scheduled.

Respectfully yours,

/s/ Douglas A. Shachtman

DOUGLAS A. SHACHTMAN

DAS/sas
cc:  Thomas C. Grimm, Esq.
     C. Scott Reese, Esq.
     James W. Parrett, Jr., Esq
     Jameson A.L. Tweedie, Esq.
     Chad Michael Shandler, Esq.

Thynge1227.wpd