IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SININA TALLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-410 (***) |
| | ) | |
| COMCAST CORPORATION, INC., | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC., and EASTERN ACCOUNT SYSTEM | ) | |
| OF CONNECTICUT INC., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>DEFENDANT COMCAST'S MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Comcast Corporation, Inc. ("Comcast") hereby moves for summary judgment on all of Plaintiff Sinina Talley's claims.  The grounds for this motion are set forth in Defendant Comcast Corporation, Inc.'s Brief In Support Of Its Motion For Summary Judgment, filed herewith.  A proposed form of Order is attached hereto as Exhibit A.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm (#1098)*

_____
Thomas C. Grimm (#1098)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
jparrett@mnat.com
*Attorneys for Defendant Comcast Corporation, Inc.*

January 2, 2008
1349334

# CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered recipients.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 2, 2008 upon the following individuals in the manner indicated:

## VIA E-MAIL

Douglas A. Shachtman
DOUGLAS A. SHACHTMAN
 & ASSOCIATES
1200 Pennsylvania Avenue
Suite 302
Wilmington, DE  19806

Chad M. Shandler
Jameson A.L. Tweedie
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE  19801

Allison R. Rosen
Jonathan Eisenberg
JONES DAY
222 East 41st Street
New York, NY  10017-6702

C. Scott Reese
Eric M. Andersen
COOCH AND TAYLOR, P.A.
824 N. Market Street, Suite 1000
Wilmington, DE  19801

*/s/ James W. Parrett, Jr. (#4292)*

James W. Parrett, Jr. (#4292)
jparrett@mnat.commailto:tgrimm@mnat.com

1349334

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SININA TALLEY,                                    )
                                                  )
                    Plaintiff,                    )
                                                  )
          v.                                      )          C.A. No. 07-410 (***)
                                                  )
COMCAST CORPORATION, INC.,                        )
EXPERIAN INFORMATION SOLUTIONS,                   )
INC., and EASTERN ACCOUNT SYSTEM                  )
OF CONNECTICUT INC.,                              )
                                                  )
                    Defendants.                   )

## <u>PROPOSED ORDER</u>

          The Court, having considered Defendant Comcast Corporation, Inc.'s Motion for

Summary Judgment,

          IT IS HEREBY ORDERED this _____ day of _____, 2008, that

Comcast's Motion for Summary Judgment is GRANTED.


                                        _____
                                        UNITED STATES DISTRICT COURT JUDGE

1349404