IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SININA TALLEY,                          )
                                        )
            Plaintiff,                  )
                                        )
        v.                              )        C.A. No. 07-410 (***)
                                        )
COMCAST CORPORATION, INC.,              )
EXPERIAN INFORMATION SOLUTIONS,         )
INC., and EASTERN ACCOUNT SYSTEM        )
OF CONNECTICUT INC.,                    )
                                        )
            Defendants.                 )


**APPENDIX OF EXHIBITS TO**
**DEFENDANT COMCAST CORPORATION, INC.'S**
**BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

**(PART 1 OF 2)**


MORRIS NICHOLS ARSHT & TUNNELL LLP
Thomas C. Grimm (#1098)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
jparrett@mnat.com
*Attorneys for Defendant Comcast Corporation, Inc.*

January 2, 2008

**TABLE OF EXHIBITS**

| Exhibit | Description |
| --- | --- |
| 1 | Comcast Work Order dated May 18, 2003 |
| 2 | Comcast Billing Statement from 08/19/04 to 09/18/04 |
| 3 | Comcast Billing Statement from 09/19/04 to 10/18/04 |
| 4 | Comcast Billing Statement from 10/19/04 to 11/18/04 |
| 5 | Comcast Billing Statement from 11/19/04 to 12/18/04 |
| 6 | Comcast Billing Statement from 12/19/04 to 01/18/05 |
| 7 | Comcast Billing Statement from 01/19/05 to 02/18/05 |
| 8 | Comcast Billing Statement from 02/19/05 to 03/18/05 |
| 9 | Comcast Billing Statement from 03/19/05 to 04/18/05 |
| 10 | Comcast Billing Statement from 04/19/05 to 05/18/05 |
| 11 | Comcast Billing Statement from 05/19/05 to 06/18/05 |
| 12 | Comcast Billing Statement from 06/19/05 to 07/18/05 |
| 13 | Comcast Billing Statement from 07/19/05 to 08/18/05 |
| 14 | Comcast Billing Statement from 08/19/05 to 09/18/05 |
| 15 | Comcast Billing Statement from 09/19/05 to 10/18/05 |
| 16 | Comcast Billing Statement from 10/19/05 to 11/18/05 |
| 17 | Comcast Billing Statement from 11/19/05 to 12/18/05 |
| 18 | Comcast Billing Statement from 12/19/05 to 01/18/06 |
| 19 | Comcast Billing Statement from 01/19/06 to 02/18/06 |
| 20 | Comcast Billing Statement from 02/19/06 to 03/18/06 |
| 21 | Comcast Billing Statement from 03/19/06 to 04/18/06 |
| 22 | Comcast Billing Statement from 04/19/06 to 05/18/06 |
| 23 | Comcast Billing Statement from 05/19/06 to 06/18/06 |

| 24 | Comcast Billing Statement from 06/19/06 to 07/18/06 |
| 25 | Comcast Billing Statement from 07/19/06 to 08/18/06 |
| 26 | Comcast Billing Statement from 08/19/06 to 09/18/06 |
| 27 | Comcast Billing Statement from 09/19/06 to 10/18/06 |
| 28 | Comcast Billing Statement from 10/19/06 to 11/18/06 |
| 29 | Comcast Billing Statement from 11/19/06 to 12/18/06 |
| 30 | Comcast Billing Statement from 12/19/06 to 01/18/07 |
| 31 | Comcast Billing Statement from 01/18/07 |
| 32 | Comcast Work Order to Disconnect dated 12/30/06 |
| 33 | Write-Off Report dated February 8, 2007 |
| 34 | Comcast check processing of Talley's check dated February 12, 2007 |
| 35 | Recovery Report dated February 15, 2007 |
| 36 | Return receipt of cable modem serial number 91052812313, dated April 16, 2007 |
| 37 | Adjustment account picture |
| 38 | Notification to Eastern dated May 10, 2007 |
| 39 | Comcast refund check dated May 18, 2007 |

1349221

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered recipients.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 2, 2008 upon the following individuals in the manner indicated:

### VIA E-MAIL

Douglas A. Shachtman
DOUGLAS A. SHACHTMAN
  & ASSOCIATES
1200 Pennsylvania Avenue
Suite 302
Wilmington, DE  19806

Chad M. Shandler
Jameson A.L. Tweedie
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE  19801

Allison R. Rosen
Jonathan Eisenberg
JONES DAY
222 East 41st Street
New York, NY  10017-6702

C. Scott Reese
Eric M. Andersen
COOCH AND TAYLOR, P.A.
824 N. Market Street, Suite 1000
Wilmington, DE  19801

*/s/ James W. Parrett, Jr. (#4292)*
_____
James W. Parrett, Jr. (#4292)
jparrett@mnat.com

# EXHIBIT 1

**COMCAST**
WORK ORDER

| | |
|---|---|
| INSTALLER JOB | 119- 3A |
| SCHEDULE DATE | 05/18/05   2 TO 5 |
| ADDRESS | 809 ARTHUR SPRINGS<br>NEW CASTLE    DE 19720 |
| MSE COMMENT | SSID — arthur |
| NAME | S TALLEY  phrase — springs |
| PHONE | 3023221223   /BUS |
| SALESPERSON | 583    CAMPAIGN   JUNE 5 DAY SALE |
| ORDER DATE | 05/16/05    BY 9JI |
| SPECIAL INSTRCTS AND COMMENTS | CUST REQ DATE<br>HOUSE COMMENT —WEB |

CHG SVC    JST
CHSI MODEM  RENT
CHSI INST   EP
ADD HN CAR  BUY
ADD CHSI N  WOF
ADD HN CAR  BUY

MDU:

ADD CHSI N  WOF

SINGLE

WIP COMMENTS:
HOME NETWORK 3 COMPUTERS

c59bd4735e2a 8adc 0c465e8af

EXI  ING  ILETE
MAP BVM R  JTE  177
CNTRL # B42  TAG  .7048
H/INF:

| | | | |
|---|---|---|---|
| ACCOUNT NO. | 318691- 2 | SERVICES | CHARGES |
| | CURRENT BALANCE    80.56 | | |
| INSTALLATION CHARGE | 30 DAY MONEY    0.00 | 16 1  HSI 4MG | 42. |
| MONTHLY SERVICE CHARGE EXCLUDES TAXES AND FEES | 60 DAY MONEY    0.00 | 1C 1  HSI MODEM R  NTAL | 3. |
| | 90 DAY MONEY    0.00 | EA 2  HN 4MG PROM | 49. |
| | 120 DAY MONEY    0.00 | H6 2  HSI/HN INST  L | 98. |
| | $ | ZN 2  GATEWAY MODEM | .00 |
| | TOTAL BALANCE    80.56 | Z1 1  WIRELESS AC | 0. |
| | $ | ZX 2  HN CARD BUY | 1.00 |
| | | CURRENT RATES | |
| | | STD PROM06    DIG PR | |

**WORK COMPLETED**

3RD PC
Installed by Customer

BASIC    DVR  PRON
ADDL OUTLET  HSI  HG

GI1422TCB587   EQ: 11 M41300A003..
EQ:
85041412282190  EQ: PUC
EQ:
61515AE011626 EQ:
M41300A00865

USER NAME
DNS  NAME

| TIME OUT | | | |
|---|---|---|---|
| INSTALLER | | | |
| MONEY RECEIVED | | | |

PAYMENT _____
☐ CASH ☐ MO ☐ CHECK # _____
☐ VISA/MASTERCARD # _____
☐ DEPOSIT _____

CUSTOMER OWNED EQUIPMENT CONDITION: GOOD ☐  PREVIOUSLY DAMAGED ☐

SUBSCRIBER GI1422WAY

By signing now, I represent that I am at least 18 years old; I am th
of, or tenant in, the premises at the above address and that the ins
repair or other work provided has been satisfactorily completed. If the
Order relates to the initial installation of services, I acknowledge r
Comcast's Welcome Kit which contains the Comcast su
agreement(s), the Comcast subscriber privacy notice(s) and other i
information about the service(s). I agree to be bound by the
subscriber agreement(s)  which constitutes the agreement(s)
Comcast and me for the service(s). If other non-installation w
provided, I agree to continue to be bound by the current Comcast s
agreement(s). I authorize Comcast to obtain a credit report from a c
credit agency in connection with the provision of the service(
receiving.

LAST VISIT
05/18/05  CHG SVC  TECH    0 FIX:
05/18/05  CHG SVC  TECH    621 FIX:
NEW TAG #

INSTALL DATE: 08/18/04

| LEVELS | | | | | |
|---|---|---|---|---|---|
| | 2 | 36 | 54 | 112 | 117 |
| TAP | | | | | |
| GB | | | | | |
| TV | | | | | |

FIBERNODE 2477
CUSTOMER SERVICE  656-2370 303

CUSTOMER SIGNATURE X

GROUNDED Y/N   GROUNDING TYPE  _ _
INSTALLER X              DATE

EXHIBIT 2



| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09509 318691-02-3 | Due Now | $84.15 |

Visit us on the web at www.comcast.com

**AINNIA TERRY**

For service at:
809 ARTHUR SPRINGS
NEW CASTLE DE 19720

**How to reach us...**

**How to reach us**
Penn Mart Shopping Center
New Castle, DE 19720
(302)656-3370
Telephone Customer Service
24 hours a day, seven days a week

**Summary of Charges**                                    Billed from 08/19/04 to 09/18/04

| | |
|---|---|
| Previous Balance | 0.00 |
| Payments   (includes payments received by **08/19/04**) | 0.00 |
| Monthly Services | 57.90 |
| Installation Charges | 24.95 |
| Taxes, Surcharges, & Fees | 1.30 |

**Total Due**                                             **$84.15**

**Detail of Charges on back**

**News from Comcast**

Thank you for choosing Comcast! We are very pleased to be able to provide you
with the latest in entertainment and technology. We hope that you are enjoying your
service. If you have any questions, please feel free to contact us at the phone
number listed in the upper right corner of your bill. Enclosed is an insert which
describes your easy-to-read billing statement.



COMCAST CABLEVISION OF NEWCASTLE
4008 N DUPONT HWY
NEWCASTLE DE 19720-6320

**ADDRESS SERVICE REQUESTED**

*Please detach and enclose this coupon with your payment.*
*Do not send cash. Make checks payable to:*

*COMCAST CABLEVISION*

| Date Due | Total Amount Due | AMOUNT ENCLOSED |
|---|---|---|
| **Due Now** | **$84.15** | $ |

000-08-04-D-C    Account Number   09509 318691-02-3

MANIFEST SNGL 000014879
AINNIA TERRY
809 ARTHUR SPRINGS
NEW CASTLE DE   19720-

COMCAST CABLE
P O BOX 3005
SOUTHEASTERN PA
19398-3005

09509 318691 02 3      3   008415

# comcast.

## Service Charges Detail

| Date | Description | Amount |
|------|-------------|--------|
| **Monthly Services** | | |
| 08/19 -09/18 | Basic | 12.10 |
| 08/19 -09/18 | Standard Service | 17.85 |
| 08/19 | Digital Plus | 0.00 |
| 08/19 | Starz Promotion | 0.00 |
| 08/19 -09/18 | Modem Rental | 3.00 |
| 08/19 -09/18 | CHSI Promotion | 24.95 |
| | **Total Monthly Services** | **$57.90** |
| **Installation Charges** | | |
| 08/18 | Installation | 24.95 |
| 08/19 | Installation | 0.00 |
| | **Total Installation Charges** | **$24.95** |
| **Taxes, Surcharges, & Fees** | | |
| 08/19 -09/18 | Franchise Fee | 0.02 |
| 08/19 -09/18 | Franchise Fee | 0.40 |
| 08/18 | Franchise Fee | 0.03 |
| 08/19 -09/18 | FCC Reg Fee | 0.06 |
| 08/18 | Utility Tax | 0.53 |
| 08/19 -09/18 | Utility Tax | 0.26 |
| | **Total Taxes, Surcharges, & Fees** | **$1.30** |

## For Your Information

Comcast will be showing a free preview of HBO from Monday, Oct. 4th to Sunday, Oct. 11th. This preview contains G, PG, PG-13 and R rated programming. You have the right to request that channel(s) carrying HBO be blocked during the free preview period by calling our Customer Service department at 1-800-COMCAST. Digital service and a digital converter is required to view the preview.

The 13th Annual Wilmington American Heart Walk will be held Sunday, Sept. 12th at the Riverfront Wilmington. Registration is at 8 a.m. and the 3.2 mile walk begins at 9 a.m. Proceeds benefit the American Heart Association and its research and education efforts in the area. To participate, call 302-633-0200.

**Franchise Authority:**
DE0011 Delaware Public Service Commision
861 Silver Lake Boulevard
Cannon Building, Suite 100
Dover, DE 19904
1-800-282-8574

EXHIBIT 3



| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09509 318691-02-3 | 10/07/04 | **$58.64** |

Visit us on the web at www.comcast.com

**S TALLEY**

For service at:
809 ARTHUR SPRINGS
NEW CASTLE DE 19720-8773

**How to reach us...**

**How to reach us**
Penn Mart Shopping Center
New Castle, DE 19720
(302)656-3370
Telephone Customer Service
24 hours a day, seven days a week

**Summary of Charges**                                    Billed from 09/19/04 to 10/18/04

| | |
|---|---|
| Previous Balance | 84.15 |
| Payments   (includes payments received by **09/17/04**) | 84.15 cr |
| Monthly Services | 57.90 |
| Taxes, Surcharges, & Fees | 0.74 |

**Total Due**                                    **$58.64**

**Detail of Charges on back**

**News from Comcast**

Thank you for your prompt payment. For your convenience, we now provide you with more quick and easy payment options, including one-time payments, recurring credit card payments or direct debit payments. Please call your Comcast Customer Account Executive and find out how you can sign up for Comcast PayDirect today.

With Comcast Refer-A-Friend, friendship is even more rewarding! Just enter your friend's email address, and we'll send them an invitation to become a Comcast High-Speed Internet customer. If they sign up, you'll receive a FREE month of service. Best of all, you can refer up to 18 friends! Visit ReferAFriend.comcast.net for details.

---

**Comcast**
COMCAST CABLEVISION OF NEWCASTLE
4008 N DUPONT HWY
NEWCASTLE DE 19720-6320

**ADDRESS SERVICE REQUESTED**

*Please detach and enclose this coupon with your payment.*
*Do not send cash. Make checks payable to:*
*COMCAST CABLEVISION*

| Date Due | Total Amount Due | AMOUNT ENCLOSED |
|---|---|---|
| **10/07/04** | **$58.64** | **$** |

000-09-04-D-C    Account Number    09509 318691-02-3

MANIFEST SNGL 000083387
S TALLEY
809 ARTHUR SPRINGS
NEW CASTLE DE  19720-8773

COMCAST CABLE
P O BOX 3005
SOUTHEASTERN PA
19398-3005

09509 318691 02 3    5    005864



Page 2

## Service Charges Detail

| Date | Description | Amount |
|------|-------------|--------|
| **Payments** | | |
| 09/17 | Payment-Thank You | 84.15 cr |
| | **Total Payments** | **$84.15 cr** |
| **Monthly Services** | | |
| 09/19 -10/18 | Basic | 12.10 |
| 09/19 -10/18 | Standard Service | 17.85 |
| 09/19 -10/18 | Add'l Outlet | 0.00 |
| 09/19 | Digital Plus | 0.00 |
| 09/19 | Starz Promotion | 0.00 |
| 09/19 -10/18 | Modem Rental | 3.00 |
| 09/19 -10/18 | CHSI Promotion | 24.95 |
| | **Total Monthly Services** | **$57.90** |
| **Taxes, Surcharges, & Fees** | | |
| 09/19 -10/18 | Franchise Fee | 0.40 |
| 09/19 -10/18 | Franchise Fee | 0.02 |
| 09/19 -10/18 | FCC Reg Fee | 0.06 |
| 09/19 -10/18 | Utility Tax | 0.26 |
| | **Total Taxes, Surcharges, & Fees** | **$0.74** |

## For Your Information

This message is to remind you that as a resident of New Castle County, your franchise authority is the Delaware Public Service Commission.

**Franchise Authority:**
DE0011 Delaware Public Service Commision
861 Silver Lake Boulevard
Cannon Building, Suite 100
Dover, DE 19904
302-739-4247

OTS X472-2 (5/00)

# EXHIBIT 4



| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09509 318691-02-3 | PAST DUE | $235.68 |

Visit us on the web at www.comcast.com

**S TALLEY**

For service at:
809 ARTHUR SPRINGS
NEW CASTLE DE 19720-8773

**How to reach us...**

**How to reach us**
Penn Mart Shopping Center
New Castle, DE 19720
(302)656-3370
Telephone Customer Service
24 hours a day, seven days a week

**Summary of Charges**                          **Billed from 10/19/04 to 11/18/04**

| | |
|---|---|
| Previous Balance | 58.64 |
| Payments   (includes payments received by **10/15/04**) | 0.00 |
| Monthly Services | 121.64 |
| Installation Charges | 54.67 |
| Taxes, Surcharges, & Fees | 0.73 |

**Total Due**                          **$235.68**

**Detail of Charges on back**

**News from Comcast**

Our office has not received payment for your previous balance as of this billing. If payment has been made, thank you. If you have not made payment, you must remit immediately in order to avoid late charges. If you would like an updated account balance, please call the Customer Service Phone number in the upper right corner of your bill.

Do you live basketball? Then check out NBA LEAGUE PASS for free on Comcast Digital Cable from November 3-9 on channels 751-761. No need to order, just tune in!



COMCAST CABLEVISION OF NEWCASTLE
4008 N DUPONT HWY
NEWCASTLE DE 19720-6320

**ADDRESS SERVICE REQUESTED**

*Please detach and enclose this coupon with your payment.*
*Do not send cash.* Make checks payable to:
*COMCAST CABLEVISION*

| Date Due | Total Amount Due | AMOUNT ENCLOSED |
|---|---|---|
| PAST DUE | $235.68 | $ |

030-10-04-D-C      Account Number   09509 318691-02-3

```
MANIFEST SNGL 000080819
S TALLEY
809 ARTHUR SPRINGS
NEW CASTLE DE  19720-8773
```

COMCAST CABLE
P O BOX 3005
SOUTHEASTERN PA
19398-3005

09509 318691 02 3    1    023568



## Service Charges Detail

| Date | Description | Amount |
|---|---|---|
| **Monthly Services** | | |
| 10/07 -10/18 | Modem Rental | 1.16 |
| 10/07 -10/18 | Hi-Speed Internet | 16.63 |
| 10/19 -11/18 | Basic | 12.10 |
| 10/19 -11/18 | Standard Service | 17.85 |
| 10/19 -11/18 | Add'l Outlet | 0.00 |
| 10/19 | Digital Plus | 0.00 |
| 10/19 | Starz Promotion | 0.00 |
| 10/19 -11/18 | Modem Rental | 6.00 |
| 10/19 -11/18 | Hi-Speed Internet | 42.95 |
| 10/19 -11/18 | CHSI Promotion | 24.95 |
| | **Total Monthly Services** | **$121.64** |
| **Installation Charges** | | |
| 10/06 | Installation | 54.67 |
| | **Total Installation Charges** | **$54.67** |
| **Taxes, Surcharges, & Fees** | | |
| 10/19 -11/18 | Franchise Fee | 0.40 |
| 10/19 -11/18 | Franchise Fee | 0.02 |
| 10/19 -11/18 | FCC Reg Fee | 0.05 |
| 10/19 -11/18 | Utility Tax | 0.26 |
| | **Total Taxes, Surcharges, & Fees** | **$0.73** |

## For Your Information

Too busy to catch your favorite show? Stay in control with Comcasts Digital Video Recorder. You can set up a Series Record to easily record every episode, then you can watch it when it fits your schedule! All without a VCR. Call 1-800-COMCAST for more details.

This message is to remind you that as a resident of New Castle County, your franchise authority is the Delaware Public Service Commission.

**Franchise Authority:**
DE0011 Delaware Public Service Commision
861 Silver Lake Boulevard
Cannon Building, Suite 100
Dover, DE 19904
302-739-4247

OTS X472-2 (5/00)

# EXHIBIT 5



| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09509 318691-02-3 | 12/07/04 | $88.68 |

Visit us on the web at www.comcast.com

**S TALLEY**

For service at:
809 ARTHUR SPRINGS
NEW CASTLE DE 19720-8773

**How to reach us...**

**How to reach us**
Penn Mart Shopping Center
New Castle, DE 19720
(302)656-3370
Telephone Customer Service
24 hours a day, seven days a week

**Summary of Charges**                                         Billed from 11/19/04 to 12/18/04

| | |
|---|---|
| Previous Balance | 235.68 |
| Payments   (includes payments received by 11/12/04) | 124.00 cr |
| Monthly Services | 24.16 |
| Adjustments | 48.08 cr |
| Taxes, Surcharges, & Fees | 0.92 |
| **Total Due** | **$88.68** |

Detail of Charges on back

**News from Comcast**

Thank you for your prompt payment. For your convenience, we now provide you with more quick and easy payment options, including one-time payments, recurring credit card payments or direct debit payments. Please call your Comcast Customer Account Executive and find out how you can sign up for Comcast PayDirect today.



COMCAST CABLEVISION OF NEWCASTLE
4008 N DUPONT HWY
NEWCASTLE DE 19720-6320

**ADDRESS SERVICE REQUESTED**

*Please detach and enclose this coupon with your payment.*
*Do not send cash. Make checks payable to:*
*COMCAST CABLEVISION*

| Date Due | Total Amount Due | AMOUNT ENCLOSED |
|---|---|---|
| 12/07/04 | $88.68 | $ |

000-11-04-D-C          Account Number    09509 318691-02-3

MANIFEST SNGL 000080667
S TALLEY
809 ARTHUR SPRINGS
NEW CASTLE DE  19720-8773

COMCAST CABLE
P O BOX 3005
SOUTHEASTERN PA
19398-3005

09509 318691 02 3     4    008868



Page 2

## Service Charges Detail

| Date | Description | Amount |
|------|-------------|--------|
| **Payments** | | |
| 10/29 | Payment-Thank You | 124.00 cr |
| | **Total Payments** | **$124.00 cr** |
| **Monthly Services** | | |
| 10/07 -11/18 | Modem Rental | 4.16 cr |
| 10/07 -11/18 | Hi-Speed Internet | 59.58 cr |
| 11/19 -12/18 | Basic | 12.10 |
| 11/19 -12/18 | Add'l Outlet | 0.00 |
| 11/19 -12/18 | Standard | 47.65 |
| | Digital Plus | |
| 11/19 -12/18 | Starz Promotion | 0.20 |
| 11/19 -12/18 | Modem Rental | 3.00 |
| 11/19 -12/18 | CHSI Promotion | 24.95 |
| | **Total Monthly Services** | **$24.16** |
| **Adjustments** | | |
| 10/23 | Install/Svc Adj | 23.13 cr |
| 10/23 | O/L Install Adj | 24.95 cr |
| | **Total Adjustments** | **$48.08 cr** |
| **Taxes, Surcharges, & Fees** | | |
| 10/23 | Franchise Fee | 0.49 cr |
| 11/19 -12/18 | Franchise Fee | 0.09 |
| 11/19 -12/18 | FCC Reg Fee | 0.05 |
| 11/19 -12/18 | Utility Tax | 1.27 |
| | **Total Taxes, Surcharges, & Fees** | **$0.92** |

## For Your Information

This message is to remind you that as a resident of New Castle County, your franchise authority is the Delaware Public Service Commission.

**Franchise Authority:**
DE0011 Delaware Public Service Commision
861 Silver Lake Boulevard
Cannon Building, Suite 100
Dover, DE 19904
302-739-4247

**Hearing / Speech Impaired Call 711**

OTS X472-2 (5/00)

EXHIBIT 6



| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09509 318691-02-3 | 01/07/05 | $107.32 |

Visit us on the web at www.comcast.com

**S TALLEY**

For service at:
809 ARTHUR SPRINGS
NEW CASTLE DE 19720-8773

**How to reach us...**

**How to reach us**
Penn Mart Shopping Center
New Castle, DE 19720
(302)656-3370
Telephone Customer Service
24 hours a day, seven days a week

---

**Summary of Charges**                                        **Billed from 12/19/04 to 01/18/05**

| | |
|---|---|
| Previous Balance | 88.68 |
| Payments   (includes payments received by **12/10/04**) | 88.68 cr |
| Monthly Services | 105.90 |
| Taxes, Surcharges, & Fees | 1.42 |

**Total Due**                                 **$107.32**

**Detail of Charges on back**

---

**News from Comcast**

Comcast will be showing a free preview of HBO branded channel(s) from February 7th to February 13th. This preview contains G, PG, PG-13 and R rated programming. You have the right to request channel(s) carrying HBO be blocked during the free preview period by calling our Customer Service department at 1-888-COMCAST. Digital service and a digital converter is required to view the preview.
Thank you for your prompt payment. For your convenience, we now provide you with more quick and easy payment options, including one-time payments, recurring credit card payments or direct debit payments. Please call your Comcast Customer Account Executive and find out how you can sign up for Comcast PayDirect today.

---



COMCAST CABLEVISION OF NEWCASTLE
4008 N DUPONT HWY
NEWCASTLE DE 19720-6320

**ADDRESS SERVICE REQUESTED**

*Please detach and enclose this coupon with your payment.
Do not send cash. Make checks payable to:*
*COMCAST CABLEVISION*

| Date Due | Total Amount Due | AMOUNT ENCLOSED |
|---|---|---|
| 01/07/05 | $107.32 | $ |

000-12-04-D-C    Account Number   09509 318691-02-3

MANIFEST SNGL 000080432
S TALLEY
809 ARTHUR SPRINGS
NEW CASTLE DE  19720-8773

COMCAST CABLE
P O BOX 3005
SOUTHEASTERN PA
19398-3005

09509 318691 02 3    7   010732



Page 2

## Service Charges Detail

| Date | Description | Amount |
|---|---|---|
| **Payments** | | |
| 12/06 | Payment-Thank You | 88.68 cr |
| | **Total Payments** | **$88.68 cr** |
| **Monthly Services** | | |
| 12/19 -01/18 | Basic | 12.10 |
| 12/19 -01/18 | Add'l Outlet | 0.00 |
| 12/19 -01/18 | Standard | 47.65 |
| | Digital Plus | |
| 12/19 -01/18 | Starz Promotion | 0.20 |
| 12/19 -01/18 | Modem Rental | 3.00 |
| 12/19 -01/18 | Hi-Speed Internet | 42.95 |
| | **Total Monthly Services** | **$105.90** |
| **Taxes, Surcharges, & Fees** | | |
| 12/19 -01/18 | Franchise Fee | 0.09 |
| 12/19 -01/18 | FCC Reg Fee | 0.06 |
| 12/19 -01/18 | Utility Tax | 1.27 |
| | **Total Taxes, Surcharges, & Fees** | **$1.42** |

## For Your Information

This message is to remind you that as a resident of New Castle County, your franchise authority is the Delaware Public Service Commission.

**Franchise Authority:**
DE0011 Delaware Public Service Commision
861 Silver Lake Boulevard
Cannon Building, Suite 100
Dover, DE 19904
302-739-4247

**Hearing / Speech Impaired Call 711**

OTS X472-2 (5/00)

EXHIBIT 7



| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09509 318691-02-3 | 02/07/05 | $33.48 |

Visit us on the web at www.comcast.com

**S TALLEY**

For service at:
809 ARTHUR SPRINGS
NEW CASTLE DE 19720-8773

**How to reach us...**
**How to reach us**
Penn Mart Shopping Center
New Castle, DE 19720
(302)656-3370
Telephone Customer Service
24 hours a day, seven days a week

**Summary of Charges**                           Billed from 01/19/05 to 02/18/05

| | |
|---|---|
| Previous Balance | 107.32 |
| Payments   (includes payments received by **01/14/05**) | 107.32 cr |
| Monthly Services | 33.70 |
| Taxes, Surcharges, & Fees | 0.22 cr |

**Total Due**                                        **$33.48**

**Detail of Charges on back**

**News from Comcast**

Thank you for your prompt payment. For your convenience, we now provide you with more quick and easy payment options, including one-time payments, recurring credit card payments or direct debit payments. Please call your Comcast Customer Account Executive and find out how you can sign up for Comcast PayDirect today.



COMCAST CABLEVISION OF NEWCASTLE
4008 N DUPONT HWY
NEWCASTLE DE 19720-6320

**ADDRESS SERVICE REQUESTED**

*Please detach and enclose this coupon with your payment.*
*Do not send cash. Make checks payable to:*
*COMCAST CABLEVISION*

| Date Due | Total Amount Due | AMOUNT ENCLOSED |
|---|---|---|
| **02/07/05** | **$33.48** | $ |

000-01-05-D-C      Account Number   09509 318691-02-3

MANIFEST SNGL 000079959
S TALLEY
809 ARTHUR SPRINGS
NEW CASTLE DE  19720-8773

COMCAST CABLE
P O BOX 3005
SOUTHEASTERN PA
19398-3005

09509 318691 02 3      1    003348



## Service Charges Detail

| Date | Description | Amount |
|---|---|---|
| **Payments** | | |
| 01/04 | Payment-Thank You | 107.32 cr |
| | **Total Payments** | **$107.32 cr** |
| | | |
| **Monthly Services** | | |
| 12/19 -01/18 | Standard Promo | 17.85 |
| 12/19 -01/18 | Digital Plus Promotion | 0.15 |
| 12/19 -01/18 | HBO Promotion | 5.10 |
| 01/19 -02/18 | Basic | 12.10 |
| 01/19 -02/18 | Add'l Outlet | 0.00 |
| 01/19 -02/18 | Starz Promotion | 0.20 |
| 01/19 -02/18 | Modem Rental | 3.00 |
| 01/19 -02/18 | Hi-Speed Internet | 42.95 |
| 12/19 -01/18 | Standard | 47.65 cr |
| | **Total Monthly Services** | **$33.70** |
| | | |
| **Taxes, Surcharges, & Fees** | | |
| 12/19 -01/18 | Franchise Fee | 0.03 |
| 12/19 -01/18 | Utility Tax | 0.49 |
| 01/19 -02/18 | Franchise Fee | 0.02 |
| 01/19 -02/18 | FCC Reg Fee | 0.06 |
| 01/19 -02/18 | Utility Tax | 0.26 |
| 12/19 -01/18 | Franchise Fee | 0.07 cr |
| 12/19 -01/18 | Utility Tax | 1.01 cr |
| | **Total Taxes, Surcharges, & Fees** | **$0.22 cr** |

## For Your Information

Do you live basketball? Then check out NBA LEAGUE PASS for free on Comcast Digital Cable from January 24-30 on channels 751-761. No need to order, just tune in!

This message is to remind you that as a resident of New Castle County, your franchise authority is the Delaware Public Service Commission.

**Franchise Authority:**
DE0011 Delaware Public Service Commision
861 Silver Lake Boulevard
Cannon Building, Suite 100
Dover, DE 19904
302-739-4247

**Hearing / Speech Impaired Call 711**

QTS X472-2 (5/00)

# EXHIBIT 8



| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09509 318691-02-3 | PAST DUE | **$114.04** |

Visit us on the web at www.comcast.com

**S TALLEY**

For service at:
809 ARTHUR SPRINGS
NEW CASTLE DE 19720-8773

**How to reach us...**

**How to reach us**
Penn Mart Shopping Center
New Castle, DE 19720
(302)656-3370
Telephone Customer Service
24 hours a day, seven days a week

### Summary of Charges

Billed from 02/19/05 to 03/18/05

| | |
|---|---|
| Previous Balance | 33.48 |
| Payments  (includes payments received by **02/11/05**) | 0.00 |
| Monthly Services | 79.75 |
| Taxes, Surcharges, & Fees | 0.81 |

**Total Due** **$114.04**

**Detail of Charges on back**

### News from Comcast

The Federal Communications Commission public inspection file for this system is maintained at 5 Bellecor Drive, New Castle, DE 19720.

Our office has not received payment for your previous balance as of this billing. If payment has been made, thank you. If you have not made payment, you must remit immediately in order to avoid late charges. If you would like an updated account balance, please call the Customer Service Phone number in the upper right corner of your bill.

---



COMCAST CABLEVISION OF NEWCASTLE
4008 N DUPONT HWY
NEWCASTLE DE 19720-6320

**ADDRESS SERVICE REQUESTED**

*Please detach and enclose this coupon with your payment.*
*Do not send cash. Make checks payable to:*
*COMCAST CABLEVISION*

| Date Due | Total Amount Due | AMOUNT ENCLOSED |
|---|---|---|
| **PAST DUE** | **$114.04** | $ |

030-02-05-D-C    Account Number    09509 318691-02-3

MANIFEST SNGL 000080339
S TALLEY
809 ARTHUR SPRINGS
NEW CASTLE DE  19720-8773

COMCAST CABLE
P O BOX 3005
SOUTHEASTERN PA
19398-3005

09509  318691 02 3    1    011404



## Service Charges Detail

| Date | Description | Amount |
|------|-------------|-------:|
| **Monthly Services** | | |
| 01/19 -02/18 | Standard Promo | 17.85 |
| 01/19 -02/18 | Digital Plus Promotion | 0.15 |
| 01/19 -02/18 | HBO Promotion | 5.10 |
| 02/19 -03/18 | Basic | 10.50 |
| 02/19 -03/18 | Add'l Outlet | 0.00 |
| 02/19 -03/18 | Starz Promotion | 0.20 |
| 02/19 -03/18 | Modem Rental | 3.00 |
| 02/19 -03/18 | Hi-Speed Internet | 42.95 |
| | **Total Monthly Services** | **$79.75** |
| **Taxes, Surcharges, & Fees** | | |
| 01/19 -02/18 | Franchise Fee | 0.03 |
| 01/19 -02/18 | Utility Tax | 0.49 |
| 02/19 -03/18 | Franchise Fee | 0.01 |
| 02/19 -03/18 | FCC Reg Fee | 0.06 |
| 02/19 -03/18 | Utility Tax | 0.22 |
| | **Total Taxes, Surcharges, & Fees** | **$0.81** |

## For Your Information

This message is to remind you that as a resident of New Castle County, your franchise authority is the Delaware Public Service Commission.

**Franchise Authority:**
DE0011 Delaware Public Service Commision
861 Silver Lake Boulevard
Cannon Building, Suite 100
Dover, DE 19904
302-739-4247

**Hearing / Speech Impaired Call 711**

OTS X472-2 (5/00)

EXHIBIT 9



| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09509 318691-02-3 | 04/07/05 | $47.08 |

Visit us on the web at www.comcast.com

**S TALLEY**

For service at:
809 ARTHUR SPRINGS
NEW CASTLE DE 19720-8773

**How to reach us...**

**How to reach us**
Penn Mart Shopping Center
New Castle, DE 19720
(302)656-3370
Telephone Customer Service
24 hours a day, seven days a week

**Summary of Charges**                                  Billed from 03/19/05 to 04/18/05

| | |
|---|---|
| Previous Balance | 114.04 |
| Payments   (includes payments received by **03/14/05**) | 147.52 cr |
| Monthly Services | 79.75 |
| Taxes, Surcharges, & Fees | 0.81 |

**Total Due**                          **$47.08**

**Detail of Charges on back**

**News from Comcast**

Thank you for your prompt payment. For your convenience, we now provide you with more quick and easy payment options, including one-time payments, recurring credit card payments or direct debit payments. Please call your Comcast Customer Account Executive and find out how you can sign up for Comcast PayDirect today.



COMCAST CABLEVISION OF NEWCASTLE
4008 N DUPONT HWY
NEWCASTLE DE 19720-6320

**ADDRESS SERVICE REQUESTED**

*Please detach and enclose this coupon with your payment.*
*Do not send cash. Make checks payable to:*
*COMCAST CABLEVISION*

| Date Due | Total Amount Due | AMOUNT ENCLOSED |
|---|---|---|
| 04/07/05 | $47.08 | $ |

000-03-05-D-C    Account Number    09509 318691-02-3

MANIFEST SNGL 000080299
S TALLEY
809 ARTHUR SPRINGS
NEW CASTLE DE  19720-8773

COMCAST CABLE
P O BOX 3005
SOUTHEASTERN PA
19398-3005

09509 318691 02 3      6    004708



Page 2

## Service Charges Detail

| Date | Description | Amount |
|---|---|---|
| **Payments** | | |
| 02/14 | Payment-Thank You | 33.48 cr |
| 03/08 | Payment-Thank You | 114.04 cr |
| | **Total Payments** | **$147.52 cr** |
| | | |
| **Monthly Services** | | |
| 02/19 -03/18 | Standard Promo | 17.85 |
| 02/19 -03/18 | Digital Plus | 0.15 |
| | Promotion | |
| 02/19 -03/18 | HBO Promotion | 5.10 |
| 03/19 -04/18 | Basic | 10.50 |
| 03/19 -04/18 | Add'l Outlet | 0.00 |
| 03/19 -04/18 | Starz Promotion | 0.20 |
| 03/19 -04/18 | Modem Rental | 3.00 |
| 03/19 -04/18 | Hi-Speed Internet | 42.95 |
| | **Total Monthly Services** | **$79.75** |
| | | |
| **Taxes, Surcharges, & Fees** | | |
| 02/19 -03/18 | Franchise Fee | 0.03 |
| 02/19 -03/18 | Utility Tax | 0.49 |
| 03/19 -04/18 | Franchise Fee | 0.01 |
| 03/19 -04/18 | FCC Reg Fee | 0.06 |
| 03/19 -04/18 | Utility Tax | 0.22 |
| | **Total Taxes, Surcharges, & Fees** | **$0.81** |

## For Your Information

This message is to remind you that as a resident of New Castle County, your franchise authority is the Delaware Public Service Commission.

**Franchise Authority:**
DE0011 Delaware Public Service Commision
861 Silver Lake Boulevard
Cannon Building, Suite 100
Dover, DE 19904
302-739-4247

**Hearing / Speech Impaired Call 711**

Don't miss Erik Morales, the great Mexican warrior, face his most daunting challenge- Manny Pacquiano in a 12 Round Super Featherweight Bout on March 19th. See it live on Pay-Per-View- on Comcast Digital Cable channel 501!

OTS X472-2 (5/00)

EXHIBIT 10



| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09509 318691-02-3 | 05/07/05 | $80.56 |

Visit us on the web at www.comcast.com

**S TALLEY**

For service at:
809 ARTHUR SPRINGS
NEW CASTLE DE 19720-8773

**How to reach us...**

**How to reach us**
Penn Mart Shopping Center
New Castle, DE 19720
(302)656-3370
Telephone Customer Service
24 hours a day, seven days a week

**Summary of Charges**                                     Billed from 04/19/05 to 05/18/05

| | |
|---|---|
| Previous Balance | 47.08 |
| Payments   (includes payments received by **04/15/05**) | 47.08 cr |
| Monthly Services | 79.75 |
| Taxes, Surcharges, & Fees | 0.81 |

**Total Due**                    **$80.56**

**Detail of Charges on back**

**News from Comcast**

Thank you for your prompt payment. For your convenience, we now provide you with more quick and easy payment options, including one-time payments, recurring credit card payments or direct debit payments. Please call your Comcast Customer Account Executive and find out how you can sign up for Comcast PayDirect today.



COMCAST CABLEVISION OF NEWCASTLE
4008 N DUPONT HWY
NEWCASTLE DE 19720-6320

**ADDRESS SERVICE REQUESTED**

*Please detach and enclose this coupon with your payment.*
*Do not send cash. Make checks payable to:*

*COMCAST CABLEVISION*

| Date Due | Total Amount Due | AMOUNT ENCLOSED |
|---|---|---|
| 05/07/05 | $80.56 | $ |

000-04-05-D-C    Account Number    09509 318691-02-3

MANIFEST SNGL 000079365
S TALLEY
809 ARTHUR SPRINGS
NEW CASTLE DE  19720-8773

COMCAST CABLE
P O BOX 3005
SOUTHEASTERN PA
19398-3005

09509 318691 02 3     5   008056



Page 2

## Service Charges Detail

| Date | Description | Amount |
|------|-------------|--------|
| **Payments** | | |
| 03/31 | Payment-Thank You | 47.08 cr |
| | **Total Payments** | **$47.08 cr** |
| **Monthly Services** | | |
| 03/19 -04/18 | Standard Promo | 17.85 |
| 03/19 -04/18 | Digital Plus Promotion | 0.15 |
| 03/19 -04/18 | HBO Promotion | 5.10 |
| 03/22 | DVR | 0.00 |
| 04/19 -05/18 | Basic | 10.50 |
| 04/19 -05/18 | Add'l Outlet | 0.00 |
| 04/19 -05/18 | Starz Promotion | 0.20 |
| 04/19 -05/18 | Modem Rental | 3.00 |
| 04/19 -05/18 | Hi-Speed Internet | 42.95 |
| | **Total Monthly Services** | **$79.75** |
| **Taxes, Surcharges, & Fees** | | |
| 03/19 -04/18 | Franchise Fee | 0.03 |
| 03/19 -04/18 | Utility Tax | 0.49 |
| 04/19 -05/18 | Franchise Fee | 0.01 |
| 04/19 -05/18 | FCC Reg Fee | 0.06 |
| 04/19 -05/18 | Utility Tax | 0.22 |
| | **Total Taxes, Surcharges, & Fees** | **$0.81** |

## For Your Information

This message is to remind you that as a resident of New Castle County, your franchise authority is the Delaware Public Service Commission.

**Franchise Authority:**
DE0011 Delaware Public Service Commision
861 Silver Lake Boulevard
Cannon Building, Suite 100
Dover, DE 19904
302-739-4247

**Hearing / Speech Impaired Call 711**

Comcast's Digital Video recorder (DVR) puts you in control. Now you can instantly record whatever you're watching, with a simple touch of a button, not tapes or VCR's. Continue watching or finish it later. Now that's control. Call 1-800-COMCAST for more details.

OTS X472-2 (5/00)

EXHIBIT 11



| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09509 318691-02-3 | 06/07/05 | **$80.56** |

Visit us on the web at www.comcast.com

**S TALLEY**

For service at:
809 ARTHUR SPRINGS
NEW CASTLE DE 19720-8773

**How to reach us...**

**How to reach us**
Penn Mart Shopping Center
New Castle, DE 19720
(302)656-3370
Telephone Customer Service
24 hours a day, seven days a week

## Summary of Charges

**Billed from 05/19/05 to 06/18/05**

| | |
|---|---|
| Previous Balance | 80.56 |
| Payments    (includes payments received by **05/13/05**) | 80.56 cr |
| Monthly Services | 79.75 |
| Taxes, Surcharges, & Fees | 0.81 |

**Total Due**            **$80.56**

**Detail of Charges on back**

## News from Comcast

Thank you for your prompt payment. For your convenience, we now provide you with more quick and easy payment options, including one-time payments, recurring credit card payments or direct debit payments. Please call your Comcast Customer Account Executive and find out how you can sign up for Comcast PayDirect today.



COMCAST CABLEVISION OF NEWCASTLE
4008 N DUPONT HWY
NEWCASTLE DE 19720-6320

**ADDRESS SERVICE REQUESTED**

Please detach and enclose this coupon with your payment.
Do not send cash. Make checks payable to:
*COMCAST CABLEVISION*

| Date Due | Total Amount Due | AMOUNT ENCLOSED |
|---|---|---|
| 06/07/05 | **$80.56** | $ |

000-05-05-D-C        Account Number    09509 318691-02-3

MANIFEST SNGL 000079501
S TALLEY
809 ARTHUR SPRINGS
NEW CASTLE DE  19720-8773

COMCAST CABLE
P O BOX 3005
SOUTHEASTERN PA
19398-3005

09509 318691 02 3    5    008056



## Service Charges Detail

| Date | Description | Amount |
|------|-------------|--------|
| **Payments** | | |
| 05/09 | Payment-Thank You | 80.56 cr |
| | **Total Payments** | **$80.56 cr** |
| **Monthly Services** | | |
| 04/19 -05/18 | Standard Promo | 17.85 |
| 04/19 -05/18 | Digital Plus Promotion | 0.15 |
| 04/19 -05/18 | HBO Promotion | 5.10 |
| 04/22 | DVR | 0.00 |
| 05/19 -06/18 | Basic | 10.50 |
| 05/19 -06/18 | Add'l Outlet | 0.00 |
| 05/19 -06/18 | Starz Promotion | 0.20 |
| 05/19 -06/18 | Modem Rental | 3.00 |
| 05/19 -06/18 | Hi-Speed Internet | 42.95 |
| | **Total Monthly Services** | **$79.75** |
| **Taxes, Surcharges, & Fees** | | |
| 04/19 -05/18 | Franchise Fee | 0.03 |
| 04/19 -05/18 | Utility Tax | 0.49 |
| 05/19 -06/18 | Franchise Fee | 0.01 |
| 05/19 -06/18 | FCC Reg Fee | 0.06 |
| 05/19 -06/18 | Utility Tax | 0.22 |
| | **Total Taxes, Surcharges, & Fees** | **$0.81** |

### For Your Information

This message is to remind you that as a resident of New Castle County, your franchise authority is the Delaware Public Service Commission.

**Franchise Authority:**
DE0011 Delaware Public Service Commision
861 Silver Lake Boulevard
Cannon Building, Suite 100
Dover, DE 19904
302-739-4247

**Hearing / Speech Impaired Call 711**

Showtime will offer a Free Preview from July 9th- 17th. It is available to all Comcast Digital subscribers and may contain PG-13, TV-14, R and TVMA rated programs. If you don't want to see the Preview, call our Customer Service Department at 1-800-COMCAST.

EXHIBIT 12

 **comcast.**

| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09509 318691-02-3 | 07/07/05 | $128.72 |

Visit us on the web at www.comcast.com

**S TALLEY**

For service at:
809 ARTHUR SPRINGS
NEW CASTLE DE 19720-8773

**How to reach us...**

**How to reach us**
Penn Mart Shopping Center
New Castle, DE 19720
(302)656-3370
Telephone Customer Service
24 hours a day, seven days a week

## Summary of Charges

Billed from 06/19/05 to 07/18/05

| | |
|---|---|
| Previous Balance | 80.56 |
| Payments    (includes payments received by **06/10/05**) | 80.56 cr |
| Monthly Services | 88.29 |
| Pay Per View | 7.98 |
| Installation Charges | 30.00 |
| Taxes, Surcharges, & Fees | 2.45 |
| **Total Due** | **$128.72** |

Detail of Charges on back



## News from Comcast

Thank you for your prompt payment. For your convenience, we now provide you with more quick and easy payment options, including one-time payments, recurring credit card payments or direct debit payments. Please call your Comcast Customer Account Executive and find out how you can sign up for Comcast PayDirect today.

**comcast.**
COMCAST CABLEVISION OF NEWCASTLE
4008 N DUPONT HWY
NEWCASTLE DE 19720-6320

**ADDRESS SERVICE REQUESTED**

*Please detach and enclose this coupon with your payment.*
*Do not send cash. Make checks payable to:*
*COMCAST CABLEVISION*

| Date Due | Total Amount Due | AMOUNT ENCLOSED |
|---|---|---|
| 07/07/05 | $128.72 | $ |

| 000-06-05-D-C | Account Number | 09509 318691-02-3 |
|---|---|---|

MANIFEST SNGL 000079810
S TALLEY
809 ARTHUR SPRINGS
NEW CASTLE DE  19720-8773

COMCAST CABLE
P O BOX 3005
SOUTHEASTERN PA
19398-3005

09509 318691 02 3    9  012872



Page 2

## Service Charges Detail

| Date | Description | Amount |
|------|-------------|--------|
| **Payments** | | |
| 05/24 | Payment-Thank You | 80.56 cr |
| | **Total Payments** | **$80.56 cr** |
| **Monthly Services** | | |
| 05/19 -06/18 | Partial Month | 5.00 |
| 05/19 -06/18 | Standard Promo | 17.85 |
| 05/19 -06/18 | Digital Plus | 0.15 |
| | Promotion | |
| 05/19 -06/18 | HBO Promotion | 5.10 |
| 05/19 -06/18 | Modem Rental | 3.00 cr |
| 05/19 -06/18 | Hi-Speed Internet | 42.95 cr |
| 05/19 -06/18 | Hi-Speed Internet | 24.99 |
| | HN Promo | |
| 05/22 | DVR | 0.00 |
| 06/19 -07/18 | Basic | 10.50 |
| 06/19 -07/18 | Add'l Outlet | 0.00 |
| 06/19 -07/18 | Digital Silver | 65.45 |
| | Package Includes: | |
| | Standard, HBO | |
| 06/19 -07/18 | Starz Promotion | 0.20 |
| 06/19 -07/18 | Gateway Rental | 5.00 |
| | **Total Monthly Services** | **$88.29** |
| **Pay Per View** | | |
| 06/05  12:35 P | BLADE: TRINITY | 3.99 |
| 06/09  03:29 P | BLADE: TRINITY | 3.99 |
| | **Total Pay Per View** | **$7.98** |
| **Installation Charges** | | |
| 05/18 | HN Card Buy | 30.00 |
| | **Total Installation Charges** | **$30.00** |
| **Taxes, Surcharges, & Fees** | | |
| 05/19 -06/18 | Franchise Fee | 0.03 |
| 05/19 -06/18 | Utility Tax | 0.49 |
| 06/19 -07/18 | Franchise Fee | 0.09 |

---

### For Your Information

This message is to remind you that as a resident of New Castle County, your franchise authority is the Delaware Public Service Commission.

**Franchise Authority:**
DE0011 Delaware Public Service Commision
861 Silver Lake Boulevard
Cannon Building, Suite 100
Dover, DE 19904
302-739-4247

**Hearing / Speech Impaired Call 711**

Parents: Do you know you have options to help determine which programming is appropriate for your family? Visit www.comcast.com and click on "Parental Controls" to learn more about the type s of parental control features that are available as part of your Comcast Cable service.

UPN and Phillies now in High Definition! Watch Phillies home games and more in HD on WPSG Channel 236. For more information about entertainment packages with Comcast HDTV, please call 1-800-COMCAST.



| | ACCOUNT NUMBER |
|---|---|
| | 09509 318691-02-3 |

Page 3

| Date | Description | Amount |
|---|---|---|
| **Taxes, Surcharges, & Fees** - Continued | | |
| 06/19 -07/18 | FCC Reg Fee | 0.06 |
| 06/19 -07/18 | Utility Tax | 1.62 |
| 06/19 | Utility Tax | 0.16 |
| | **Total Taxes, Surcharges, & Fees** | **$2.45** |

EXHIBIT 13



| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09509 318691-02-3 | 08/07/05 | **$80.35** |

Visit us on the web at www.comcast.com

**S TALLEY**

For service at:
809 ARTHUR SPRINGS
NEW CASTLE DE 19720-8773

**How to reach us...**

**How to reach us**
Penn Mart Shopping Center
New Castle, DE 19720
(302)656-3370
Telephone Customer Service
24 hours a day, seven days a week

## Summary of Charges

**Billed from 07/19/05 to 08/18/05**

| | |
|---|---|
| Previous Balance | 128.72 |
| Payments    (includes payments received by **07/15/05**) | 138.00 cr |
| Monthly Services | 106.14 |
| Pay Per View | 7.98 |
| Adjustments | 26.17 cr |
| Taxes, Surcharges, & Fees | 1.68 |
| **Total Due** | **$80.35** |

**Detail of Charges on back**



## News from Comcast

Thank you for your prompt payment. For your convenience, we now provide you with more quick and easy payment options, including one-time payments, recurring credit card payments or direct debit payments. Please call your Comcast Customer Account Executive and find out how you can sign up for Comcast PayDirect today.

**Comcast.**
COMCAST CABLEVISION OF NEWCASTLE
4008 N DUPONT HWY
NEWCASTLE DE 19720-6320

**ADDRESS SERVICE REQUESTED**

*Please detach and enclose this coupon with your payment.*
*Do not send cash.* Make checks payable to:
*COMCAST CABLEVISION*

| Date Due | Total Amount Due | AMOUNT ENCLOSED |
|---|---|---|
| 08/07/05 | $80.35 | $ |

| 000-07-05-D-C | Account Number | 09509 318691-02-3 |
|---|---|---|

MANIFEST SNGL 000078653
S TALLEY
809 ARTHUR SPRINGS
NEW CASTLE DE  19720-8773

COMCAST CABLE
P O BOX 3005
SOUTHEASTERN PA
19398-3005

09509 318691 02 3     9   008035

# comcast.

Page 2

## Service Charges Detail

| Date | Description | Amount |
|---|---|---|
| **Payments** | | |
| 06/27 | Payment-Thank You | 138.00 cr |
| | **Total Payments** | **$138.00 cr** |
| **Monthly Services** | | |
| 06/19 -07/18 | Hi-Speed Internet | 24.99 |
| | HN Promo | |
| 06/22 | DVR | 0.00 |
| 07/19 -08/18 | Basic | 10.50 |
| 07/19 -08/18 | Add'l Outlet | 0.00 |
| 07/19 -08/18 | Digital Silver | 65.45 |
| | Package Includes: | |
| | Standard, HBO | |
| 07/19 -08/18 | Starz Promotion | 0.20 |
| 07/19 -08/18 | Gateway Rental | 5.00 |
| | **Total Monthly Services** | **$106.14** |
| **Pay Per View** | | |
| 06/19 12:09 P | CATWOMAN | 3.99 |
| 07/12 03:56 P | OCEAN'S TWELVE | 3.99 |
| | **Total Pay Per View** | **$7.98** |
| **Adjustments** | | |
| 07/07 | Service Adj | 26.17 cr |
| | **Total Adjustments** | **$26.17 cr** |
| **Taxes, Surcharges, & Fees** | | |
| 07/07 | Franchise Fee | 0.25 cr |
| 07/19 -08/18 | Franchise Fee | 0.09 |
| 07/19 -08/18 | FCC Reg Fee | 0.06 |
| 07/19 -08/18 | Utility Tax | 1.62 |
| 07/19 | Utility Tax | 0.16 |
| | **Total Taxes, Surcharges, & Fees** | **$1.68** |

## For Your Information

This message is to remind you that as a resident of New Castle County, your franchise authority is the Delaware Public Service Commission.

**Franchise Authority:**
DE0011 Delaware Public Service Commision
861 Silver Lake Boulevard
Cannon Building, Suite 100
Dover, DE 19904
302-739-4247

**Hearing / Speech Impaired Call 711**

Comcast will be showing a free preview of HBO branded channels from September 3rd to September 8th. You have the right to request that channels carrying HBO be blocked during the free preview period by calling Customer Service department at 1-800-COMCAST. Digital service and a digital converter are required to view the preview.

EXHIBIT 14



| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09509 318691-02-3 | PAST DUE | **$250.38** |

Visit us on the web at www.comcast.com

**S TALLEY**

For service at:
809 ARTHUR SPRINGS
NEW CASTLE DE 19720-8773

**How to reach us...**

**How to reach us**
Penn Mart Shopping Center
New Castle, DE 19720
(302)656-3370
Telephone Customer Service
24 hours a day, seven days a week

---

## Summary of Charges

**Billed from 08/19/05 to 09/18/05**

| | |
|---|---|
| Previous Balance | 80.35 |
| Payments    (includes payments received by **08/12/05**) | 0.00 |
| Monthly Services | 159.89 |
| Pay Per View | 7.98 |
| Taxes, Surcharges, & Fees | 2.16 |
| **Total Due** | **$250.38** |

**Detail of Charges on back**

---

## News from Comcast

Our office has not received payment for your previous balance as of this billing. If payment has been made, thank you. If you have not made payment, you must remit immediately in order to avoid late charges. If you would like an updated account balance, please call the Customer Service Phone number in the upper right corner of your bill.





COMCAST CABLEVISION OF NEWCASTLE
4008 N DUPONT HWY
NEWCASTLE DE 19720-6320

**ADDRESS SERVICE REQUESTED**

*Please detach and enclose this coupon with your payment.*
*Do not send cash. Make checks payable to:*
**COMCAST CABLEVISION**

| Date Due | Total Amount Due | AMOUNT ENCLOSED |
|---|---|---|
| **PAST DUE** | **$250.38** | $ |

| 030-08-05-D-C | Account Number | 09509 318691-02-3 |
|---|---|---|

MANIFEST SNGL 000078604
S TALLEY
809 ARTHUR SPRINGS
NEW CASTLE DE  19720-8773

COMCAST CABLE
P O BOX 3005
SOUTHEASTERN PA
19398-3005

09509 318691 02 3    2   025038

# comcast.

**Service Charges Detail**          **(View Voice Detail at www.comcast .com/viewbill)**

| Date | Description | Amount |
|------|-------------|--------|
| **Monthly Services** | | |
| 07/19 -08/18 | Hi-Speed Internet | 24.99 |
| | with Homenetworking service | |
| | Promotion | |
| 07/22 | DVR | 0.00 |
| 08/19 -09/18 | Basic | 10.50 |
| 08/19 -09/18 | Add'l Outlet | 0.00 |
| 08/19 -09/18 | Digital Gold | 76.45 |
| | Package Includes: | |
| | Standard,HBO,Starz | |
| 08/19 -09/18 | Hi-Speed Internet | 42.95 |
| | Home Networking | |
| 08/19 -09/18 | Gateway Rental | 5.00 |
| | **Total Monthly Services** | **$159.89** |
| **Pay Per View** | | |
| 07/16  12:25 P | ASSAULT ON PRECIN | 3.99 |
| 07/27  07:51 P | HOTEL RWANDA | 3.99 |
| | **Total Pay Per View** | **$7.98** |
| **Taxes, Surcharges, & Fees** | | |
| 08/19 -09/18 | Franchise Fee | 0.09 |
| 08/19 -09/18 | FCC Reg Fee | 0.06 |
| 08/19 -09/18 | Utility Tax | 1.85 |
| 08/19 | Utility Tax | 0.16 |
| | **Total Taxes, Surcharges, & Fees** | **$2.16** |

---

**For Your Information**

Hearing / Speech Impaired Call 711

This message is to remind you that as a resident of New
Castle County, your franchise authority is the Delaware
Public Service Commission.

**Franchise Authority:**
DE0011 Delaware Public Service Commision
861 Silver Lake Boulevard
Cannon Building, Suite 100
Dover, DE 19904
302-739-4247

OTS X472-2 (5/00)

# EXHIBIT 15



Visit us on the web at www.comcast.com

| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09509 318691-02-3 | PAST DUE | $103.68 |

**S TALLEY**

For service at:
809 ARTHUR SPRINGS
NEW CASTLE DE 19720-8773

**How to reach us...**

**How to reach us**
Penn Mart Shopping Center
New Castle, DE 19720
(302)656-3370
Telephone Customer Service
24 hours a day, seven days a week

---

## Summary of Charges

Billed from 09/19/05 to 10/18/05

| | |
|---|---|
| Previous Balance | 250.38 |
| Payments    (includes payments received by **09/09/05**) | 88.33 cr |
| Monthly Services | 35.66 cr |
| Pay Per View | 2.99 |
| Adjustments | 24.95 cr |
| Taxes, Surcharges, & Fees | 0.75 cr |

**Total Due**     **$103.68**

**Detail of Charges on back**

---

### News from Comcast

Our office has not received payment for your previous balance as of this billing. If payment has been made, thank you. If you have not made payment, you must remit immediately in order to avoid late charges. If you would like an updated account balance, please call the Customer Service Phone number in the upper right corner of your bill.



---



COMCAST CABLEVISION OF NEWCASTLE
4008 N DUPONT HWY
NEWCASTLE DE 19720-6320

**ADDRESS SERVICE REQUESTED**

*Please detach and enclose this coupon with your payment.*
*Do not send cash. Make checks payable to:*
**COMCAST CABLEVISION**

| Date Due | Total Amount Due | AMOUNT ENCLOSED |
|---|---|---|
| **PAST DUE** | **$103.68** | $ |

| 030-09-05-D-C | Account Number | 09509 318691-02-3 |
|---|---|---|

MANIFEST SNGL 000078585
S TALLEY
809 ARTHUR SPRINGS
NEW CASTLE DE  19720-8773

COMCAST CABLE
P O BOX 3005
SOUTHEASTERN PA
19398-3005

09509  318691  02 3     0   010368



| Service Charges Detail | (View Voice Detail at www.comcast .com/viewbill) | |
| --- | --- | --- |
| **Date** | **Description** | **Amount** |

**Payments**

| Date | Description | Amount |
| --- | --- | --- |
| 08/22 | Payment-Thank You | 88.33 cr |
| | **Total Payments** | **$88.33 cr** |

**Monthly Services**

| Date | Description | Amount |
| --- | --- | --- |
| 08/22 | DVR | 0.00 |
| 08/27 -09/08 | Partial Month | 2.10 |
| 08/27 -09/18 | Partial Month | 35.58 cr |
| 08/27 -09/18 | Basic | 7.79 cr |
| 08/27 -09/26 | Basic Promo | 10.50 |
| 08/27 -09/26 | Standard Promo | 19.45 |
| 08/27 -09/18 | Digital Gold | 56.71 cr |
| 08/26 | Digital Plus | 0.00 |
| | Promotion | |
| 08/26 | HBO Promotion | 0.00 |
| 08/27 -09/08 | Hi-Speed Internet | 8.38 |
| | with Homenetworking service | |
| | Promotion | |
| 09/09 -09/18 | Modem Rental | 1.00 |
| 09/09 -10/08 | CHSI | 19.99 |
| | Enjoy this special offer | |
| | just $19.99/mo for 6 months | |
| | reg price $42.95 mo | |
| 09/19 -10/18 | Add'l Outlet | 0.00 |
| 09/19 -10/18 | Modem Rental | 3.00 |
| | **Total Monthly Services** | **$35.66 cr** |

**Pay Per View**

| Date | Description | Amount |
| --- | --- | --- |
| 08/15  01:10 P | KUNG POW: ENTER T | 2.99 |
| | **Total Pay Per View** | **$2.99** |

**Adjustments**

| Date | Description | Amount |
| --- | --- | --- |
| 09/06 | O/L Service Adj | 24.95 cr |
| | **Total Adjustments** | **$24.95 cr** |

---

**For Your Information**

This message is to remind you that as a resident of New Castle County, your franchise authority is the Delaware Public Service Commission.

**Franchise Authority:**
DE0011 Delaware Public Service Commision
861 Silver Lake Boulevard
Cannon Building, Suite 100
Dover, DE 19904
302-739-4247

Hearing / Speech Impaired Call 711

On Saturday, September 17th, get ready for a tremendous night of boxing! Two world champions will put everything on the line in search of a unification of their titles. Marco Antonio Barrera in a 12 round showdown against Robbie "The Bomber" Peden and "Sugar" Shane Mosley will continue his quest back to the welterweight championship when he faces Jose Luis Cruz. It's all happening LIVE on Pay-Per-View at 8:00 pm. Tune to ch 501 and order with your remote control.

# comcast.

| | ACCOUNT NUMBER |
|---|---|
| | 09509 318691-02-3 |

Page 3

| Date | Description | Amount |
|---|---|---|
| **Taxes, Surcharges, & Fees** | | |
| 08/27 -09/18 | Franchise Fee | 0.14 cr |
| 08/27 -09/26 | Franchise Fee | 0.06 |
| 08/27 -09/26 | FCC Reg Fee | 0.06 |
| 08/27 -09/18 | FCC Reg Fee | 0.06 cr |
| 08/27 -09/18 | Utility Tax | 1.37 cr |
| 08/27 -09/26 | Utility Tax | 0.63 |
| 09/19 | Event Other Tax | 0.01 |
| 09/19 | Utility Tax | 0.06 |
| | **Total Taxes, Surcharges, & Fees** | **$0.75 cr** |

EXHIBIT 16

 **comcast**

| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09509 318691-02-3 | See Note | **None** |

Visit us on the web at www.comcast.com

---

**S TALLEY**

For service at:
809 ARTHUR SPRINGS
NEW CASTLE DE 19720-8773

**How to reach us...**

How to reach us
Penn Mart Shopping Center
New Castle, DE 19720
(302)656-3370
Telephone Customer Service
24 hours a day, seven days a week

---

**Summary of Charges          Statement Prepared 10/14/05          Billed from 10/19/05 to 11/18/05**

| | |
|---|---|
| Previous Balance | 103.68 |
| Payments    (includes payments received by **10/14/05**) | 183.68 cr |
| Cable (Video) Services | 48.52 |
| Pay Per View / Video On Demand | 0.00 |
| Comcast High Speed Internet | 22.99 |
| Taxes, Surcharges, & Fees | 1.18 |

**Total Due** **$7.31 cr**

**You have a credit balance of $7.31!     Make No Payment!**

**Detail of Charges on back**



---

 **comcast**

COMCAST CABLEVISION OF NEWCASTLE
4008 N DUPONT HWY
NEWCASTLE DE 19720-6320

**ADDRESS SERVICE REQUESTED**

*Please detach and enclose this coupon with your payment.*
*Do not send cash. Make checks payable to:*
**COMCAST CABLEVISION**

| Date Due | Total Amount Due | AMOUNT ENCLOSED |
|---|---|---|
| See Note | None | $ |

**000-10-05-D-C     Account Number** 09509 318691-02-3

**Credit Balance, Do Not Pay.**

MANIFEST SNGL 000078373
S TALLEY
809 ARTHUR SPRINGS
NEW CASTLE DE  19720-8773

COMCAST CABLE
P O BOX 3005
SOUTHEASTERN PA
19398-3005

09509 318691 02 3     1     000731

# Comcast.

Page 2

## Service Charges Detail          (View Voice Detail at www.comcast .com/viewbill)

| Date | Description | Amount |
|---|---|---|
| **Previous Balance** | | **$103.68** |
| **Payments** | | |
| 09/12 | Payment-Thank You | 80.00 cr |
| 10/11 | Payment-Thank You | 103.68 cr |
| | **Total Payments** | **$183.68 cr** |
| **Cable (Video) Services** | | |
| 09/23 -10/18 | Partial Month | 8.62 |
| 09/27 -10/26 | Basic Promo | 10.50 |
| 09/27 -10/26 | Standard Promo | 19.45 |
| 09/26 | Digital Plus | 0.00 |
| | Promotion | |
| 09/26 | HBO Promotion | 0.00 |
| 10/19 -11/18 | Add'l Outlet | 0.00 |
| 10/19 -11/18 | DVR | 9.95 |
| | **Total Cable (Video) Services** | **$48.52** |
| **Pay Per View / Video On Demand** | | |
| 09/30  09:06 A | DIGITAL CABLE FRE | 0.00 |
| | **Total Pay Per View / Video On Demand** | **$0.00** |
| **Comcast High Speed Internet** | | |
| 10/09 -11/08 | CHSI | 19.99 |
| | Enjoy this special offer | |
| | just $19.99/mo for 6 months | |
| | reg price $42.95 mo | |
| 10/19 -11/18 | Modem Rental | 3.00 |
| | **Total Comcast High Speed Internet** | **$22.99** |
| **Taxes, Surcharges, & Fees** | | |
| 09/23 -10/18 | Franchise Fee | 0.02 |
| 09/23 -10/18 | Utility Tax | 0.18 |
| 09/27 -10/26 | Franchise Fee | 0.06 |
| 09/27 -10/26 | FCC Reg Fee | 0.06 |
| 09/27 -10/26 | Utility Tax | 0.63 |

## For Your Information

This message is to remind you that as a resident of New Castle County, your franchise authority is the Delaware Public Service Commission.

**Franchise Authority:**
DE0011 Delaware Public Service Commision
861 Silver Lake Boulevard
Cannon Building, Suite 100
Dover, DE 19904
302-739-4247

Hearing / Speech Impaired Call 711

On 12/27/05, Canal 52 MX will be added to Comcast Digital Classic channel 652. For more information, please call 1-800-COMCAST.

Showtime will offer a Free Preview from December 2nd-9th. It is available to all Comcast Digital subscribers and may contain PG-13, TV-14, R and TVMA rated programs. If you don't want to see the Preview, call our Customer Service Department at 1-800-COMCAST.

Do you live hockey? Then you need the NHL Center Ice Package on Comcast Digital Cable. Order now and save $30 off the regular price! But hurry, this discount is only available until 10/31/05!

OTS X472-2 (5/00)

**COMCAST.**

| ACCOUNT |
| NUMBER |
| |
| 09509 318691-02-3 |

**Page 3**

| Date | Description | Amount |
|------|-------------|--------|

**Taxes, Surcharges, & Fees** - Continued

| 10/19 -11/18 | Franchise Fee | 0.02 |
| 10/19 -11/18 | Utility Tax | 0.21 |
| | Total Taxes, Surcharges, & Fees | $1.18 |

| | **Total Due** | **$7.31 cr** |

# EXHIBIT 17



| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09509 318691-02-3 | 12/07/05 | **$56.56** |

Visit us on the web at www.comcast.com

**S TALLEY**

For service at:
809 ARTHUR SPRINGS
NEW CASTLE DE 19720-8773

**How to reach us...**
**How to reach us**
Penn Mart Shopping Center
New Castle, DE 19720
(302)656-3370
Telephone Customer Service
24 hours a day, seven days a week

**Summary of Charges**       **Statement Prepared 11/11/05**       **Billed from 11/19/05 to 12/18/05**

| | |
|---|---|
| Previous Balance | 7.31 cr |
| Payments   (includes payments received by **11/11/05**) | 0.00 |
| Cable (Video) Services | 39.90 |
| Comcast High Speed Internet | 22.99 |
| Taxes, Surcharges, & Fees | 0.98 |

**Total Due**       **$56.56**

**Detail of Charges on back**

**News from Comcast**

Thank you for your prompt payment. For your convenience, we now provide you with more quick and easy payment options, including one-time payments, recurring credit card payments or direct debit payments. Please call your Comcast Customer Account Executive and find out how you can sign up for Comcast PayDirect today.



COMCAST CABLE
4008 N DUPONT HWY
NEW CASTLE DE 19720-6320

**ADDRESS SERVICE REQUESTED**

*Please detach and enclose this coupon with your payment.*
*Do not send cash. Make checks payable to:*
*COMCAST CABLE*

| Date Due | Total Amount Due | AMOUNT ENCLOSED |
|---|---|---|
| 12/07/05 | $56.56 | $ |

000-11-05-D-C       **Account Number**   09509 318691-02-3

MANIFEST SNGL 000078414
S TALLEY
809 ARTHUR SPRINGS
NEW CASTLE DE  19720-8773

COMCAST CABLE
P O BOX 3005
SOUTHEASTERN PA
19398-3005

09509 318691 02 3     6   005656



Page 2

## Service Charges Detail

| Date | Description | Amount |
|------|-------------|--------|
| **Previous Balance** | | **$7.31 cr** |
| **Cable (Video) Services** | | |
| 10/27 -11/26 | Basic Promo | 10.50 |
| 10/27 -11/26 | Standard Promo | 19.45 |
| 10/26 | Digital Plus Promotion | 0.00 |
| 10/26 | HBO Promotion | 0.00 |
| 11/19 -12/18 | Add'l Outlet | 0.00 |
| 11/19 -12/18 | DVR | 9.95 |
| | **Total Cable (Video) Services** | **$39.90** |
| **Comcast High Speed Internet** | | |
| 11/09 -12/08 | CHSI Enjoy this special offer just $19.99/mo for 6 months reg price $42.95 mo | 19.99 |
| 11/19 -12/18 | Modem Rental | 3.00 |
| | **Total Comcast High Speed Internet** | **$22.99** |
| **Taxes, Surcharges, & Fees** | | |
| 10/27 -11/26 | Franchise Fee | 0.06 |
| 10/27 -11/26 | FCC Reg Fee | 0.06 |
| 10/27 -11/26 | Utility Tax | 0.63 |
| 11/19 -12/18 | Franchise Fee | 0.02 |
| 11/19 -12/18 | Utility Tax | 0.21 |
| | **Total Taxes, Surcharges, & Fees** | **$0.98** |
| | **Total Due** | **$56.56** |

## For Your Information

This message is to remind you that as a resident of New Castle County, your franchise authority is the Delaware Public Service Commission.

**Franchise Authority:**
DE0011 Delaware Public Service Commision
861 Silver Lake Boulevard
Cannon Building, Suite 100
Dover, DE 19904
302-739-4247

Hearing / Speech Impaired Call 711

Do you live basketball? Then you need the NBA LEAGUE PASS on Comcast Digital Cable. Catch the games you can't see anywhere else. To order for only 4 payments of $47.25, call 1-800-COMCAST now.

OTS X472-2 (5/00)

EXHIBIT 18



| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09509 318691-02-3 | 01/07/06 | **$118.51** |

Visit us on the web at www.comcast.com

**S TALLEY**

For service at:
809 ARTHUR SPRINGS
NEW CASTLE DE 19720-8773

**How to reach us...**

**How to reach us**
Penn Mart Shopping Center
New Castle, DE 19720
(302)656-3370
Telephone Customer Service
24 hours a day, seven days a week

| Summary of Charges | Statement Prepared 12/09/05 | Billed from 12/19/05 to 01/18/06 |
|---|---|---|
| Previous Balance | | 56.56 |
| Payments   (includes payments received by **12/09/05**) | | 56.56 cr |
| Cable (Video) Services | | 63.05 |
| Comcast High Speed Internet | | 22.99 |
| One Time Charges | | 30.95 |
| Taxes, Surcharges, & Fees | | 1.52 |
| **Total Due** | | **$118.51** |

Detail of Charges on back

**News from Comcast**

Thank you for your prompt payment. For your convenience, we now provide you with more quick and easy payment options, including one-time payments, recurring credit card payments or direct debit payments. Please call your Comcast Customer Account Executive and find out how you can sign up for Comcast PayDirect today.



COMCAST CABLE
4008 N DUPONT HWY
NEW CASTLE DE 19720-6320

**ADDRESS SERVICE REQUESTED**

Please detach and enclose this coupon with your payment.
Do not send cash. Make checks payable to:

*COMCAST CABLE*

| Date Due | Total Amount Due | AMOUNT ENCLOSED |
|---|---|---|
| **01/07/06** | **$118.51** | **$** |

000-12-05-D-C    Account Number    09509 318691-02-3

MANIFEST SNGL 000078314
S TALLEY
809 ARTHUR SPRINGS
NEW CASTLE DE  19720-8773

COMCAST CABLE
P O BOX 3005
SOUTHEASTERN PA
19398-3005

09509 318691 02 3    4  011851

# comcast.

## Service Charges Detail

| Date | Description | Amount |
|------|-------------|--------|
| **Previous Balance** | | **$56.56** |
| **Payments** | | |
| 12/06 | Payment-Thank You | 56.56 cr |
| | **Total Payments** | **$56.56 cr** |
| **Cable (Video) Services** | | |
| 11/27 -12/26 | Basic Promo | 10.50 |
| 11/27 -12/26 | Standard Promo | 19.45 |
| 11/26 | HBO Promotion | 0.00 |
| 12/02 -12/18 | Digital Plus | 8.20 |
| 12/19 -01/18 | Add'l Outlet | 0.00 |
| 12/19 -01/18 | Digital Plus | 14.95 |
| 12/19 -01/18 | DVR | 9.95 |
| | **Total Cable (Video) Services** | **$63.05** |
| **Comcast High Speed Internet** | | |
| 12/09 -01/08 | CHSI | 19.99 |
| | Enjoy this special offer just $19.99/mo for 6 months reg price $42.95 mo | |
| 12/19 -01/18 | Modem Rental | 3.00 |
| | **Total Comcast High Speed Internet** | **$22.99** |
| **One Time Charges** | | |
| 11/25 | Installation | 30.95 |
| | **Total One Time Charges** | **$30.95** |
| **Taxes, Surcharges, & Fees** | | |
| 11/27 -12/26 | Franchise Fee | 0.06 |
| 11/27 -12/26 | FCC Reg Fee | 0.06 |
| 11/27 -12/26 | Utility Tax | 0.63 |
| 12/02 -12/18 | Franchise Fee | 0.02 |
| 12/02 -12/18 | Utility Tax | 0.17 |

---

## For Your Information

This message is to remind you that as a resident of New Castle County, your franchise authority is the Delaware Public Service Commission.

**Franchise Authority:**
DE0011 Delaware Public Service Commission
861 Silver Lake Boulevard
Cannon Building, Suite 100
Dover, DE 19904
302-739-4247

**Hearing / Speech Impaired Call 711**

Comcast has increased its speed by 2Mbps for our cable TV customers. This speed is available FREE to Comcast customers with both high-speed internet and cable TV service.

OTS X472-2 (5/00)

# comcast.

| ACCOUNT NUMBER |
| --- |
| 09509 318691-02-3 |

Page 3

| Date | Description | Amount |
| --- | --- | --- |
| **Taxes, Surcharges, & Fees** - Continued | | |
| 12/19 -01/18 | Franchise Fee | 0.05 |
| 12/19 -01/18 | Utility Tax | 0.53 |
| | Total Taxes, Surcharges, & Fees | **$1.52** |
| | **Total Due** | **$118.51** |

EXHIBIT 19



Visit us on the web at www.comcast.com

| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09509 318691-02-3 | 02/07/06 | $79.17 |

**S TALLEY**

For service at:
809 ARTHUR SPRINGS
NEW CASTLE DE 19720-8773

**How to reach us...**

**How to reach us**
Penn Mart Shopping Center
New Castle, DE 19720
(302)656-3370
Telephone Customer Service
24 hours a day, seven days a week

## Summary of Charges          Statement Prepared 01/13/06          Billed from 01/19/06 to 02/18/06

| | |
|---|---|
| Previous Balance | 118.51 |
| Payments   (includes payments received by **01/13/06**) | 118.51 cr |
| Cable (Video) Services | 54.85 |
| Comcast High Speed Internet | 22.99 |
| Taxes, Surcharges, & Fees | 1.33 |

**Total Due** $79.17

Detail of Charges on back

## News from Comcast

The Federal Communications Commission Public Inspection File for this system is maintained at 5 Bellecor Drive, New Castle, De 19720

Thank you for your prompt payment. For your convenience, we now provide you with more quick and easy payment options, including one-time payments, recurring credit card payments or direct debit payments. Please call your Comcast Customer Account Executive and find out how you can sign up for Comcast PayDirect today.



COMCAST CABLE
4008 N DUPONT HWY
NEW CASTLE DE 19720-6320

**ADDRESS SERVICE REQUESTED**

*Please detach and enclose this coupon with your payment.*
*Do not send cash. Make checks payable to:*

*COMCAST CABLE*

| Date Due | Total Amount Due | AMOUNT ENCLOSED |
|---|---|---|
| 02/07/06 | $79.17 | $ |

000-01-06-D-C      Account Number   09509 318691-02-3

MANIFEST SNGL 000077875
S TALLEY
809 ARTHUR SPRINGS
NEW CASTLE DE   19720-8773

COMCAST CABLE
P O BOX 3005
SOUTHEASTERN PA
19398-3005

09509 318691 02 3      0   007917

# comcast.

Page 2

## Service Charges Detail

| Date | Description | Amount |
|------|-------------|--------|
| | **Previous Balance** | $118.51 |
| | **Payments** | |
| 01/02 | Payment-Thank You | 118.51 cr |
| | **Total Payments** | **$118.51 cr** |
| | **Cable (Video) Services** | |
| 12/27 -01/26 | Basic Promo | 10.50 |
| 12/27 -01/26 | Standard Promo | 19.45 |
| 12/26 | HBO Promotion | 0.00 |
| 01/19 -02/18 | Add'l Outlet | 0.00 |
| 01/19 -02/18 | Digital Plus | 14.95 |
| 01/19 -02/18 | DVR | 9.95 |
| | **Total Cable (Video) Services** | **$54.85** |
| | **Comcast High Speed Internet** | |
| 01/09 -02/08 | CHSI | 19.99 |
| | Enjoy this special offer | |
| | just $19.99/mo for 6 months | |
| | reg price $42.95 mo | |
| 01/19 -02/18 | Modem Rental | 3.00 |
| | **Total Comcast High Speed Internet** | **$22.99** |
| | **Taxes, Surcharges, & Fees** | |
| 12/27 -01/26 | Franchise Fee | 0.06 |
| 12/27 -01/26 | FCC Reg Fee | 0.06 |
| 12/27 -01/26 | Utility Tax | 0.63 |
| 01/19 -02/18 | Franchise Fee | 0.05 |
| 01/19 -02/18 | Utility Tax | 0.53 |
| | **Total Taxes, Surcharges, & Fees** | **$1.33** |
| | **Total Due** | **$79.17** |

## For Your Information

This message is to remind you that as a resident of New Castle County, your franchise authority is the Delaware Public Service Commission.

**Franchise Authority:**
DE0011 Delaware Public Service Commission
861 Silver Lake Boulevard
Cannon Building, Suite 100
Dover, DE 19904
302-739-4247

Hearing / Speech Impaired Call 711

Effective with the upcoming price adjustments, the HD equipment charge for digital customers will be $5.00 per month per converter. However, as a valued customer, we will continue to provide HD equipment with your current digital plus premium package at no charge until 9/1/06.

Effective with your February billing statement, several of our services and packages will be renamed. "Standard Service " will be renamed "Expanded Service". "Total Basic & Standard Service" will be renamed "Standard Cable".

# EXHIBIT 20

# (C COMCAST.

Visit us on the web at www.comcast.com

| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09509 318691-02-3 | PAST DUE | $158.38 |

**S TALLEY**

For service at:
809 ARTHUR SPRINGS
NEW CASTLE DE 19720-8773

**How to reach us...**
Penn Mart Shopping Center
New Castle, DE 19720
Telephone Customer Service
1-302-656-3370
24 hours a day, seven days a week

| Summary of Charges | Statement Prepared 02/10/06 | Billed from 02/19/06 to 03/18/06 |
|---|---|---|
| Previous Balance | | 79.17 |
| Payments   (includes payments received by **02/10/06**) | | 0.00 |
| Cable (Video) Services | | 54.85 |
| Comcast High Speed Internet | | 22.99 |
| Taxes, Surcharges, & Fees | | 1.37 |
| **Total Due** | | **$158.38** |

**Detail of Charges on back**

## News from Comcast

Our office has not received payment for your previous balance as of this billing. If payment has been made, thank you. If you have not made payment, you must remit immediately in order to avoid late charges. If you would like an updated account balance, please call the Customer Service Phone number in the upper right corner of your bill.



**COMCAST CABLE**
4008 N DUPONT HWY
NEW CASTLE DE 19720-6320

**ADDRESS SERVICE REQUESTED**

*Please detach and enclose this coupon with your payment.*
*Do not send cash. Make checks payable to:*
*COMCAST CABLE*

| Date Due | Total Amount Due | AMOUNT ENCLOSED |
|---|---|---|
| **PAST DUE** | **$158.38** | $ |

030-02-06-D-C    Account Number    09509 318691-02-3

MANIFEST SNGL 000077886
S TALLEY
809 ARTHUR SPRINGS
NEW CASTLE DE  19720-8773

COMCAST CABLE
P O BOX 3005
SOUTHEASTERN PA
19398-3005

09509 318691 02 3    8   015838

# COMCAST.

## Service Charges Detail

| Date | Description | Amount |
|------|-------------|--------|
| **Previous Balance** | | $79.17 |
| **Cable (Video) Services** | | |
| 01/27 -02/26 | Basic Promo | 10.50 |
| 01/27 -02/26 | Expanded Promo | 19.45 |
| 01/26 | HBO Promotion | 0.00 |
| 02/19 -03/18 | Add'l Outlet | 0.00 |
| 02/19 -03/18 | Digital Plus | 14.95 |
| 02/19 -03/18 | DVR | 9.95 |
| | **Total Cable (Video) Services** | **$54.85** |
| **Comcast High Speed Internet** | | |
| 02/09 -03/08 | CHSI | 19.99 |
| | Enjoy this special offer | |
| | just $19.99/mo for 6 months | |
| | reg price $42.95 mo | |
| 02/19 -03/18 | Modem Rental | 3.00 |
| | **Total Comcast High Speed Internet** | **$22.99** |
| **Taxes, Surcharges, & Fees** | | |
| 01/27 -02/26 | Franchise Fee | 0.08 |
| 01/27 -02/26 | FCC Reg Fee | 0.06 |
| 01/27 -02/26 | Utility Tax | 0.63 |
| 02/19 -03/18 | Franchise Fee | 0.07 |
| 02/19 -03/18 | Utility Tax | 0.53 |
| | **Total Taxes, Surcharges, & Fees** | **$1.37** |
| | **Total Due** | **$158.38** |

---

## For Your Information

This message is to remind you that as a resident of New Castle County, your franchise authority is the Delaware Public Service Commission.

**Franchise Authority:**
DE0011 Delaware Public Service Commission
861 Silver Lake Boulevard
Cannon Building, Suite 100
Dover, DE 19904
302-739-4247

Hearing / Speech Impaired Call 711

Effective with the upcoming price adjustments, the HD equipment charge for digital customers will be $5.00 per month per converter. However, as a valued customer, we will continue to provide HD equipment with your current digital plus premium package at no charge until 9/1/06.

Great News! New Digital channels have been added to your lineup! Watch Great American Country (ch 147) and TV ONE (ch 173) on Comcast Digital Classic, and Oxygen (ch 186) on Comcast Digital Plus. For more details, call 1-800-Comcast or visit us at www.comcast.com.

OTS X472-2 (5/00)