# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SININA TALLEY, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 07-410-*** |
| COMCAST CORPORATION, INC., et al., | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **15th** day of **January, 2008**.

IT IS ORDERED that the Rule 16 scheduling teleconference scheduled for Tuesday, January 22, 2008 at 9:00 a.m. with Magistrate Judge Thynge shall take place at **2:00 p.m. on January 22, 2008. Plaintiff's counsel shall initiate the teleconference call.** their proposal no later than **three (3) business days** before the teleconference.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE