Form for Motion for Admission *Pro Hac Vice*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SINENA TALLEY )
) Civil Action No. 1:07 CV 00410
v. )
)
COMCAST CORPORATION, INC.,
et al.       **MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of  Boyd Gentry  to represent Eastern   in this matter.
                                                                   Account System of Connecticut, In

Signed: /s/ C. Scott Reese
DE Bar I.D. #2036

Date: 1/17/08            Attorney for  Eastern Account System of
                                       Connecticut, Inc.

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____            _____
                          United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Ohio/Kentucky and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 1-17-08        Signed: _____
                             (Applicant's Address)
                     Surdyk, Dowd & Turner Co., L.P.A.
                     Kettering Tower, Suite 1610
                     41 40 N. Main Street
                        Dayton, Ohio 45423