**DOUGLAS A. SHACHTMAN**
**& A S S O C I A T E S**

ATTORNEYS AT LAW

email Douglas.Shachtman@Verizon.net
www.lawyers.com/shachtman

SUITE 302
1200 PENNSYLVANIA AVENUE
WILMINGTON, DELAWARE 19806
(302) 655-1800
TELECOPIER (302) 655-5244

January 18, 2008

Magistrate Judge Mary Pat Thynge            By CM/ECF
U.S. District Court of Delaware
844 North King Street, Room 4209
Lock Box 8
Wilmington, DE 19801

          RE:    Talley v. Comcast Corporation, et al.
                 C.A. No. 07-410 (***)

Dear Judge Thynge:

      With regard to the proposed scheduling order, James W. Parrett, Jr., Esq. kindly took the lead in preparing it. I apologize because my contribution on behalf of Plaintiff was incomplete when I became ill. Enclosed an updated chart updates shows the parties' two proposals. Of particular note with regard to trial, Plaintiff demanded a jury trial.

                        Respectfully yours,

                        /s/ Douglas A. Shachtman

                        DOUGLAS A. SHACHTMAN

DAS/sas
Enclosure
cc:    Thomas C. Grimm, Esq. (w/ encl.)
       C. Scott Reese, Esq. (w/ encl.)
       James W. Parrett, Jr., Esq. (w/ encl.)
       Chad Michael Shandler, Esq. (w/ encl.)

Thynge0118.wpd

Talley v. Comcast et al C.A. 07-410 Case Schedule

Comparative Deadlines

(differences are bolded)

| Event | Plaintiff's Proposed Dates | Defendants' Proposed Dates |
|---|---|---|
| Initial Disclosures | 30 days from Scheduling Order | 30 days from Scheduling Order |
| Amendment of Pleadings | March 26, 2008 | March 26, 2008 |
| Joinder of Parties | March 26, 2008 | March 26, 2008 |
| Fact Discovery Cut-off | **June 30**, 2008 | **April 30**, 2008 |
| Disclosures of Expert Testimony | May 28, 2008 | May 28, 2008 |
| Rebuttal Expert Disclosures | June 25, 2008 | June 25, 2008 |
| Close of Expert Discovery | July 15, 2008 | July 15, 2008 |
| Interim Status Report | **July 7**, 2008 | **March 4**, 2008 |
| Status Conference | **July 14**, 2008 at 9:00 am | **March 18**, 2008 at 9:00 am |
| Case Dispositive | **July 15**, 2008 | **May 15**, 2008 |
| Pretrial Conference | September 16, 2008 at 9:00 am | September 16, 2008 at 9:00 am |
| Final Pretrial Order & Motions *in Limine* | September 9, 2008 | September 9, 2008 |
| Trial | 3-day **jury** trial starting October __, 2008 at 9:30 am | 3-day **bench** trial starting October __, 2008 at 9:30 am |

1227184.3