IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SININA TALLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-410 (MPT) |
| ) | |
| COMCAST CORPORATION, INC., ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., and EASTERN ACCOUNT SYSTEM ) | |
| OF CONNECTICUT INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S INITIAL DISCLOSURES MADE
PURSUANT TO RULE 26(a)**

Plaintiff, through her legal counsel, hereby disclose the information required by Rule 26(a) to Defendants as follows:

1. IDENTIFICATION OF INDIVIDUALS WITH SUPPORTIVE INFORMATION.

    a. All parties to this action and their representatives.

    b. Sinina Talley, 809 Arthur Springs Lane, New Castle, Delaware 19720. All aspects of this litigation. Subscription with Comcast; termination of subscription, return of equipment and payment of bills. Credit prior to Comcast report to Eastern. Communications with Comcast and Eastern and Experian regarding inaccurate report. Attempts to obtain credit after reports from Comcast and Eastern. Financial consequences of denied credit. Medical care sought and received.

    c. Dennis Shipman, 809 Arthur Springs Lane, New Castle, Delaware 19720. Injury which has occurred to Talley.

    d. Poonam Dulai, M.D., neurologist and psychologist treating Talley.

   e. Representative of Wilmington Savings Fund Society, 833 Market Street, Wilmington, Delaware 19801, loans to Talley.

  2. IDENTIFICATION OF DOCUMENTS WITH SUPPORTIVE INFORMATION.

   a. See Plaintiff's documents attached hereto.

   b. Plaintiff incorporates by reference documents produced by Defendants.

  3. COMPUTATION OF DAMAGES.

   a. Statutory damages

   b. Actual damages are accruing. They include medical treatment for Plaintiff, lost income from Plaintiff's business, foreclosure by WSFS, interest on credit card, attorney's fees.

  4. IDENTIFICATION OF INSURANCE.

   a. Not applicable.


            /s/ Douglas A. Shachtman
            DOUGLAS A. SHACHTMAN, I.D. No. 756
            Douglas A. Shachtman & Associates
            1200 Pennsylvania Avenue, Suite 302
            Wilmington, DE 19806
            (302) 655-1800
            Attorney for Plaintiff

DATED: February 20, 2008

Talley v. Comcast, et al.                                                                 2/20/2008 3:36 PM

Plaintiff's Initial Disclosure of Documents

| Date | Full Name |
|---|---|
| Mon 07/16/2007 | 005 Travelers fx Talley 7/16/07 |
| Fri 07/20/2007 | 006 Haggarty fxcvr Talley 7/20/07 |
| Thu 07/19/2007 | 007 Eastern fx Experian 7/19/07 |
| Wed 08/08/2007 | 009 Advanta ltr Talley 8/8/07 |
| Wed 07/18/2007 | 013 Experian Credit Smmry 7/18/07 |
| Wed 07/25/2007 | 014 Experian Credit Smmry 7/25/07 |
| Wed 04/11/2007 | 016 Eastern ltr Talley, Compl Exh. B 4/11/07 |
| ~ Mon 04/16/2007 | 017 Talley Notes (backside of 016) 4/16/07 |
| Mon 05/28/2007 | 018 Discover ltr Talley Compl Exh. C 5/28/07 |
| Mon 05/07/2007 | 021 Talley fx Comcast Compl Exh. E 5/7/07 |
| Mon 05/07/2007 | 023 Experian Credit Rept Compl Exh. F 5/7/07 |
| Mon 05/21/2007 | 025 Experian Credit Rept Compl Exh. G 5/21/07 |
| Tue 06/19/2007 | 027 Experian Credit Rept Compl Exh. H 6/19/07 |
| Wed 08/29/2007 | 029 ConsumerInfo.com Printout 8/29/07 |
| Wed 05/09/2007 | 030 Experian Rept Talley 5/9/07 |
| Tue 06/05/2007 | 033 Experian Investigation Results 06/05/07 |
| Fri 06/15/2007 | 035 Talley fx EASCI 6/15/07 |
| Fri 05/18/2007 | 039 Comcast ltr Talley 5/18/07 |
| Tue 05/08/2007 | 046 Comcast ltr Talley 5/8/07 |
| Sun 12/31/2006 | 048 Shipman income stmt 12/31/06 |
| Wed 09/05/2007 | 070 ICSystem ltr Shipman 9/5/07 |
| Tue 09/04/2007 | 071 DEHealth ltr Shipman 9/4/07 |
| Fri 09/30/2005 | 081 LLC Resolutn to Borrow/Grant Collateral 9/30/05 |
| Fri 09/30/2005 | 083 Promissory Note 9/30/05 |
| Fri 09/30/2005 | 085 Promissory Note 9/30/05 |

CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, I electronically filed **PLAINTIFF'S INITIAL DISCLOSURES MADE PURSUANT TO RULE 26(a)** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Thomas C. Grimm, Esq.
James W. Parrett, Jr.
Morris Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

C. Scott Reese, Esq.
Eric M. Andersen, Esq.
Cooch and Taylor, P.A.
824 N. Market Street, Suite 1680
Wilmington, DE 19899-1680

Chad M. Shandler, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Lynn M. Marvin, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Boyd W. Gentry, Esq.
Surdyk, Dowd & Turner Co., L.P.A.
Kettering Tower, Suite 1610
40 North Main Street
Dayton, OH 45423

  /s/ Douglas A. Shachtman
DOUGLAS A. SHACHTMAN, I.D. No. 756
Douglas A. Shachtman & Associates
1200 Pennsylvania Avenue, Suite 302
Wilmington, DE 19806
Douglas.Shachtman@verizon.net
(302) 655-1800
Attorney for Plaintiff

DATED: February 20, 2008

CertServ0220.wpd