IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SININA TALLEY,<br><br>            Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, INC.,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC. and EASTERN ACCOUNT SYSTEM OF<br>CONNECTICUT, INC.,<br><br>            Defendants. | C.A. No. 07-410 (MPT) |

## NOTICE OF SETTLEMENT

Defendant Experian Information Solutions, Inc. ("Experian") notifies the Court that Plaintiff, Sinina Talley, and Experian have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The parties respectfully request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

_____
Chad M. Shandler (#3796)
shandler@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendant Experian Information Solutions, Inc*

*OF COUNSEL:*
Lynn M. Marvin
lmarvin@jonesday.com
Jones Day
222 East 41st Street
New York, New York 10017
(212) 326-3939

Dated: February 21, 2008

RLF1-3256108-1

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### HAND DELIVERY

Douglas A. Shachtman
Douglas A. Shachtman & Associates
1200 Pennsylvania Avenue, Suite 302
Wilmington, DE 19806

Thomas C. Grimm
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801

C. Scott Reese
Eric M. Andersen
Cooch and Taylor, P.A.
824 N. Market Street, Suite 1680
Wilmington, DE 19899-1680

Chad M. Shandler
shandler@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700