IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SININA TALLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-410 (JJF) |
| | ) | |
| COMCAST CORPORATION, | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC., and EASTERN ACCOUNT SYSTEM | ) | |
| OF CONNECTICUT INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Defendant Comcast Corporation, Inc.'s Initial Disclosures Pursuant To Fed. R. Civ. P. 26(a)(1) were caused to be served on February 22, 2008 upon the following in the manner indicated:

## VIA E-MAIL

Douglas A. Shachtman
DOUGLAS A. SHACHTMAN & ASSOCIATES
1200 Pennsylvania Avenue
Suite 302
Wilmington, DE  19806

Chad M. Shandler
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE  19801

C. Scott Reese
Eric M. Andersen
COOCH AND TAYLOR, P.A.
824 N. Market Street, Suite 1000
Wilmington, DE  19801

Jonathan Eisenberg
Lynn M. Marvin
JONES DAY
222 East 41st Street
New York, NY  10017-6702

Boyd W. Gentry
SURDYK, DOWS & TURNER CO., L.P.A.
Kettering Tower, Suite 1610
40 N. Main Street
Dayton, OH  45423

                                              MORRIS NICHOLS ARSHT & TUNNELL LLP

                                              */s/ James W. Parrett, Jr. (#4292)*
                                              _____
                                              Thomas C. Grimm (#1098)
                                              James W. Parrett, Jr. (#4292)
                                              1201 N. Market Street
                                              P.O. Box 1347
                                              Wilmington, DE  19899-1347
                                              (302) 658-9200
                                              tgrimm@mnat.com
                                              jparrett@mnat.com
                                              *Attorneys for Defendant Comcast Corporation*

February 22, 2008
1642161

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered recipients.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on February 22, 2008 upon the following individuals in the manner indicated:

**VIA E-MAIL**

Douglas A. Shachtman
DOUGLAS A. SHACHTMAN & ASSOCIATES
1200 Pennsylvania Avenue
Suite 302
Wilmington, DE  19806

Chad M. Shandler
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE  19801

C. Scott Reese
Eric M. Andersen
COOCH AND TAYLOR, P.A.
824 N. Market Street, Suite 1000
Wilmington, DE  19801

Jonathan Eisenberg
Lynn M. Marvin
JONES DAY
222 East 41st Street
New York, NY  10017-6702

Boyd W. Gentry
SURDYK, DOWS & TURNER CO., L.P.A.
Kettering Tower, Suite 1610
40 N. Main Street
Dayton, OH  45423

*/s/ James W. Parrett, Jr. (#4292)*
_____
James W. Parrett, Jr. (#4292)
jparrett@mnat.com