IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SININA TALLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-410 (MPT) |
| ) | |
| COMCAST CORPORATION, INC., ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., and EASTERN ACCOUNT SYSTEM ) | |
| OF CONNECTICUT INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

Plaintiff and Defendant Experian Information Solutions, Inc., through their respective legal counsel, hereby stipulate and agree that this action shall be, and hereby is, dismissed as to Defendant Experian with prejudice.  The action shall continue as to the remaining Defendants.

/s/ Douglas A. Shachtman                                    /s/ Chad Michael Shandler
DOUGLAS A. SHACHTMAN (# 756)           CHAD MICHAEL SHANDLER (# 3796)
Douglas A. Shachtman & Associates              Richards, Layton & Finger, P.A.
1200 Pennsylvania Avenue, Suite 302          P.O. Box 551
Wilmington, DE 19806                                    Wilmington, DE 19899
(302) 655-1800                                                (302) 651-7700
douglas.shachtman@verizon.net                   shandler@rlf.com
Attorney for Plaintiff                                      Attorney for Defendant Experian
                                                                      Information Solutions, Inc.

DATED:  March 4, 2008                                 DATED: March 4, 2008

**IT IS SO ORDERED** this _____ day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

StipDismiss.wpd