IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SININA TALLEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 07-410-MPT |
| | : |
| COMCAST CORPORATION, INC., et al., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **8th** day of **April, 2008,**

IT IS ORDERED that the mediation conference scheduled for Monday, April 14, 2008 beginning at 10:00 a.m. is canceled.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE