IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SININA TALLEY, | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-410-MPT |
| COMCAST CORPORATION, INC., et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **2nd** day of **May, 2008,**

IT IS ORDERED that the due date for the status report, June 23, 2008, the status conference scheduled for June 30, 2008, the due date for the proposed pretrial order, December 23, 2008, the pretrial conference scheduled for January 6, 2009 at 9:00 a.m., and the three-day jury trial scheduled to begin on January 20, 2009 are cancelled.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE