IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SININA TALLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-410 (MPT) |
| ) | |
| COMCAST CORPORATION, ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., and EASTERN ACCOUNT SYSTEM ) | |
| OF CONNECTICUT INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Plaintiff Sinina Talley and Defendants Comcast Corporation and Eastern Account System of Connecticut Inc., through their respective legal counsel, hereby stipulate and agree that this action, including all claims and counterclaims, is dismissed with prejudice as to Defendants Comcast and Eastern, with each party to bear its own costs and attorneys' fees.

| DOUGLAS A. SHACHTMAN & ASSOCIATES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ *Douglas A. Shachtman* | /s/ *James W. Parrett, Jr.* |
| Douglas A. Shachtman (#756) | Thomas C. Grimm (#1098) |
| 1200 Pennsylvania Avenue | James W. Parrett, Jr. (#4292) |
| Suite 302 | 1201 N. Market Street |
| Wilmington, DE 19806 | P.O. Box 1347 |
| (302) 655-1800 | Wilmington, DE 19899-1347 |
| douglas.shachtman@verizon.net | (302) 658-9200 |
| *Attorney for Plaintiff Sinina Talley* | jparrett@mnat.com |
| | *Attorneys for Defendant Comcast Corporation* |

       COOCH AND TAYLOR, P.A.

       */s/ C. Scott Reese*

       _____
       C. Scott Reese (#2036)
       824 North Market Street, Suite 1000
       P.O. 1680
       Wilmington, DE 19899-1680
       (302) 984-3800
       sreese@coochtaylor.com
       *Attorney for Defendant Eastern Account System of Connecticut Inc.*

Dated: May 2, 2008

2309768

SO ORDERED, this 2 day of May, 2008

_____
UNITED STATES DISTRICT JUDGE